CONTINUOUS
( PAGE NUMBER III OF XX PAGES)

12/19/06
C

(Rev. 5/05)

## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

(1)  IVAN MENDEZ
(Name of Plaintiff)        (Inmate Number)

D.C.C. 1181 PADDOCK RD. SMYRNA DE. 19977
(Complete Address with zip code)

:
:
:
:
:
:        ◦ 0.6 - 7 8 0 -
:
(2)_____        :_____
(Name of Plaintiff)        (Inmate Number)        (Case Number)
:        ( to be assigned by U.S. District Court)

D.CC 1181 PADDOCK RD. SMYRNA DE. 19977
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.        **CIVIL COMPLAINT**

(1) THIS CRIMINAL ORGANISATION

(2)_____

(3)_____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

Jury Trial Requested

FILED

DEC 20 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

AS YOU KNOW IT TOO, THAT IT HAS BEEN A LOT OF LAWSUITS AND OTHER LEGAL FORMS, SUCH ASE HABEAS CORPUS

PEATIONS, IN FORMA PAUPERIS, PREPAYMENTS OF FEES, AND LETTERS, WHICH AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE

ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA AND WASHINGTON D.C. AND IN THE MOST RESPECTFUL WAS POSSIBLE,
BUT IS REALLY SARCASTIC HOW YOU CLAIM THAT, I ONLY HAVE SEVEN CLOSED CASES IN YOUR COURT, WHEN THIS PAST 12/08/06 AND 12/11/06, YOU
HAVE RETURNED TO ME SOME LEGAL FORMS (FILES?) AND OTHER FORMS AND ON YOUR ANSWERS YOU CLAIM THAT I HAVE ONLY SEVEN CLOSED CASES
WHEN AS YOU KNOW IT TOO THAT I HAVE YEARS WAITING FOR YOUR ANSWERS TOO, AND IM STILL WAITING FOR THEM FROM YOU TOO, OF THOSE SEVEN
CLOSED CASES THAT YOU CLAIM AS THE ONLY ONES IT TOOK YOU NINE MONTHS OR SO TO ANSWERED ME THOSE SO I WONDER HOW LONG IS GOING TO
TAKE YOU TO ANSWER ME ALL OF THE (MANY), LOTS BEFORE THEM, SO PLEASE STOP PLAYING GAMES AND DO YOUR JOB RIGHTEOUSLY AND
PLEASE SEND ME THOSE FORMS REQUESTED ON THE GENERAL REQUEST FORM AND PLEASE DO YOUR JOB RIGHTEOUSLY.

DEPT LEONARD
(PAGE NUMBER II OF XX PAGES)

12/18/06
D

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?  ■ Yes  ☐ No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?  ■ Yes  ☐ No

C.    If your answer to "B" is Yes:

1. What steps did you take? THE LEGAL STEPS

2. What was the result? NEGATIVE

D.    If your answer to "B" is No, explain why not: _____

## III.    DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: THIS CRIMINAL ORGANISATION

Employed as YOU WOULDN'T THAT INFORMATION, TOO.

Mailing address with zip code: YOU WOULDN'T TOO, ALL THAT INFORMATION,

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

12/15/06
2

( EURYTHMICS
( PAGE NUMBER V OF XX PAGES)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I'm going to ask you once again in the most respectful way, ( please don't be sarcastic), or is that way that you represent U.S.A. just like all of them, I wish I can send you one copy of that sarcastic answer that you sent me of only one of my unread copies, which in matter of fact I'm still waiting for the answers of all of my legal forms and letters, and as you know it too, that it has been years waiting for those answers from you, Pennsylvania, and Washington D.C., so once

2. again in response to your answer I sent you more home made copies of my legal information and some of medical reports, so please stop playing God's place and powers, and do your job righteously, because my family and my people are dying and they are innocent too. In anyway have a "Merry Christmas and Happy New Year"

3. 

P.S. I don't send you a copy of your sarcastic answer because I sent it to U.K. court of second all claims in Washington D.C.

## V.    RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. As you know it too all of this information

3

*Floyd Ann*
*( page number II of XX pages )*

*12/18/06*
*R*

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.


Signed this **EIGHTEEN** day of **DECEMBER** _____, 2 **006** ____.


**IVAN MENDEZ** _____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0004500897
MAILED FROM ZIP CODE 19977

U.S.M. $1.35⁰
X-RAY
19 2006

INM IVAN MENDEZ

SBI# 453351        UNIT S.HU #18

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

MR. PETER T. DALLEO

US. DISTRICT COURT

844 N. KING St. LOCKBOX 18

WILMINGTON DE.

19801

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

12/18/06

H

( PAGE NUMBER VIII OF XX PAGES)  Halloween

1.- PLAINTIFF: IVAN MENDEZ

2.- CASE NUMBER: 318-2001

3.- DEFENDANTS: THIS CRIMINAL ORGANISATION

4.- MOTION TO PROCEED IN FORMA PAUPERIS

5.- COMES NOW THE: PLAINTIFF, , AND RESPECTFULLY REQUESTS THIS HONORABLE, COURT, TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS: FOR ANOTHER CIVIL RIGHTS COMPLAINT.

6.- SIGNATURE: IVAN MENDEZ

7.- PRINTED NAME: IVAN MENDEZ

8.- ADDRESS: D.C.C , 1181 PADDOCK ROAD, SMYRNA DE. 19977

9.- HOME PHONE NUMBER: N/A

10- HOME PHONE NUMBER: N/A

11.- CERTIFICATE OF SERVICE

12- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON: 12/18/06

13.- TO: MR. PETER T. DALLEO

14.- NAME: US. DISTRICT COURT.

15.- ADDRESS: 844 N. KING STREET, LOCKBOX 18, WILMINGTON DE. 19801-3570

16.- NAME: US. DISTRICT COURT.

17.- ADDRESS: 844 N. KING ST. LOCKBOX 18, WILMINGTON DE. 19801

18- SIGNATURE: IVAN MENDEZ

19.- POINTS AND AUTHORITIES

20-( WRITE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY, THAT SUPPORT YOUR REASONS)

BECAUSE AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THE ANSWER OR ALL OF MY LEGAL FORMS AND LETTERS.

21.- SIGNATURE: IVAN MENDEZ

IRON MAIDAN
CASE NUMBER IX OF IX (NINE)

D.C.C.
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OR PRIOR SIX MONTHS PERIOD

TO: MRS. TONYA SMITH.
    SUPPORT SERVICES MANAGER
    D.C.C
    SMYRNA DE. 19977

DATE# 12/18/06

453351
9.81#

FROM # ____ IVAN MENDEZ _____
         INMATE NAME

———— I HEREBY CERTIFY ————

PURSUANT TO PRISON LITIGATION REFORM ACT 28 USC 1915, (A),(2)
EFFECTIVE APRIL 26, 1996, I'M REQUESTING A CERTIFIED STATEMENT OF MY INST. TRUST
FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

____ IVAN MENDEZ _____
        SIGNATURE

28 USC 1746 ____ AND ____ 18 USC 1621

GENERAL REQUEST FORM

12/18/06
8

SANTS ZORIN
(PAGE NUMBER I OF II PAGES)

BLDG# S.H.U # 18
CELL# BL-3

THIS ARE THE FORMS THAT I NEED:
(42 USC 1983) TWENTY CIVIL RIGHTS COMPLAINTS FORMS,
(28 USC 2254) TWENTY HABEAS CORPUS PETITIONS FORMS,
(148200) TWENTY REQUESTS FOR MEDICAL RECORDS FORMS,
(TWENTY) APPLICATIONS WITHOUT PREPAYMENTS OF FEES)
(TWENTY) APPLICATIONS IN FORMA PAUPERIS)

"THANKS AND GOD BLESS"

NAME# IVAN MENDEZ                    S.B.I# 453351          DATE# 12/18/06

DATE RECEIVED #_____           PAY TO LOG #_____

DATE SENT #_____                STAFF INITIALS #_____

STAFF NOTES #_____

12/8/06

KORN

(PAGE NUMBER II OF XX PAGES)

EXHIBIT A

(SINGLE PAGE NUMBER #1)

(STATE OF DELAWARE VS. IVAN L. MENDEZ), (COURT CASE: 0012015401), (COMPLAINT NUMBER: 810 000 4446), (ARREST NUMBER: 51413), (CHARGE SEQUENCE: 001), (CHARGE: CRIMINAL IMPERSONATION, IMPERSONATES ANOTHER PERSON INTENDING TO OBTAIN BENEFIT), (IN VIOLATION: 11-DE-0907-0001-M-A), (LOCATION OF VIOLATION: US RT. 113, HWY, GEORGETOWN 19947, WEST NORTH ST, ACCESS FROM:),

WIT: IVAN L. MENDEZ, ON OR ABOUT THE 25TH DAY OF DECEMBER, 2000, IN THE COUNTY OF SUSSEX, STATE OF DELAWARE, DID KNOWINGLY AND UNLAWFULLY PRETEND TO BE TONY RENE DIAZ, WITH THE INTENT TO OBTAIN A BENEFIT FROM ANOTHER PERSON.

---

EXHIBIT A

(SINGLE PAGE NUMBER #2)

(STATE OF DELAWARE VS. IVAN L. MENDEZ), (COURT CASE: 0012015854), (COMPLAINT NUMBER: 810000 4435), (ARREST NUMBER:), (CHARGE SEQUENCE: 001), (CHARGE: ROBBERY FIRST DEGREE, CAUSES PHYSICAL INJURY TO PERSON NOT PARTICIPANT), (IN VIOLATION OF: 11-DE-1832-00AT-F-B), (LOCATION OF VIOLATION: GEORGETOWN EXXON, US.RT, 113 AND SR.9, GEORGETOWN DEL),

TO WIT: IVAN L. MENDEZ, ON OR ABOUT THE 21ST DAY OF DECEMBER, 2000, IN THE COUNTY OF SUSSEX, STATE OF DELAWARE, DID WHEN IN THE COURSE OF COMMITTING THEFT, USE FORCE UPON LATISHA M. REED, WITH INTENT TO COMPEL LATISHA M. REED, TO DELIVER UP PROPERTY CONSISTING OF UNITED STATES CURRENCY, AND WHEN IN THE COURSE OF THE COMMISSION OF THE CRIME OR THE IMMEDIATE FLIGHT THEREFROM CAUSED PHYSICAL INJURY TO LATISHA M. REED, WHO IS NOT PARTICIPANT IN THE CRIME.

(COMPLAINT NUMBER: 810 000 4435), (ARREST NUMBER:), (CHARGE SEQUENCE: 002), (CHARGE: POSSESSION OF A DEADLY WEAPON DURING THE COMMISSION OF A FELONY), (IN VIOLATION OF: 11-DE-1447-0000-F-B), (LOCATION OF VIOLATION: GEORGETOWN EXXON, US RT 113 AND SR9, GEORGETOWN DE.).

TO WIT: IVAN L. MENDEZ, ON OR ABOUT THE 21ST DAY OF DECEMBER 2000, IN THE COUNTY OF SUSSEX, STATE OF DELAWARE, DID KNOWINGLY POSSESS A DEADLY WEAPON DURING THE COMMISSION OF A FELONY BY POSSESSING ILLEGAL CUTTING INSTRUMENT, A DEADLY WEAPON DURING THE COMMISSION OF ROBBERY FIRST.

---

EXHIBIT B

AFFIDAVIT OF PROBABLE CAUSE

(SINGLE PAGE NUMBER

(STATE OF DELAWARE VS. IVAN L. MENDEZ), (ALSO KNOWN AS:), (DATE OF BIRTH: 12/04/1973), (EYES: BRO.), (HAIR: BLK.), (HEIGHT:), (ACCUSED'S HOME ADD:), (ACCUSED'S HOME PH.:), (ACCUSED'S EMPLOYER:), (ACCUSED'S EMP. PHO.:O), (ACCUSED'S WORK HR.:), (RELATIONSHIP OF VICTIM TO ACCUSED: VICTIMLESS CR.), (VICTIM'S AGE:), (VICTIM'S D.O.B:), (DATE(S) AND TIME(S) OF OFFENSE: 12/25/2000, 17:35), (LOCATION WHERE OFFENSE OCCURRED: US.RT. 113, HWY), GEORGETOWN 19947, WEST NORTH ST.), (POLICE COMPLAINT: 810000 4446), (S.B.I. NUMBER 492752), (SEX: M), (RACE: W), (ACCUSED'S AGE: 27), (WEIGHT: 180), (SOCIAL SECURITY NUMBER:), (DRIVER'S LICENSE), (NAME, NUMBER

Your Affiant, David P. Narr, can truly state that:

On 12/28/00, at approximately 17:35 hours, on US.R1.113, and West North Street, I observed a pedestrian walking north on R1 .13 along the median strip and left lane. The pedestrian was wearing a dark jacket and blue jeans, and had a dark bushy mustache which fit the description of the suspect in a robbery (stabbing), which occurred on 12/21/00, approximately half a mile down the road at an Exxon station. During a crime prevention check the pedestrian identified himself as Tony Rene .z, with a D.O.B. of 11/15/62, with a NMA in Flandreau S.D. Diaz had a strong odor of an alcoholic beverage coming from his eason, when asked if he had been drinking he replied yes. A P.B.T registered at 236, Diaz, was transported back to the Georgetown police department, where he was questioned by Detective Grose, during the questioning Diaz, admitted to giving a false na .e, he then identified himself as Ivan Lopez Mendez, with a D.O.B of 12/04/73, N.M.A, somewhere in Utah, Mendez stat .e is homeless living in the woods behind Wal Mart.

Affiant: David P. Narr, Georgetown P.D, work. (Victim's.) (Affiant    ).

---

EXHIBIT B

AFFIDAVIT OR PROBABLE CAUSE

(SINGLE PAGE NUMBER #4)

TATE OF DELAWARE VS. Ivan L. Mendez. (Also known as:. (Date of Birth: 12/04/1973.) (Sex: M.) (Eyes: Bro.) (Hair: Blk.)
Accused's home add:) ... S. Wilson St. Flandreau S.D., (Logan Ut. 321.) (Accused's home Ph.: 435-755-8580.) (Accused's employer:).
Accused's emp. Pho.:) (Accused's work nr.:) (Relation victim to accused: STRANGER.) (Victim's age: 18.) (Victim's D.O.B: 0 (1982.) (Police complaint: 810000 4435.) (S.B.I number: 1 144 2752.) (Race: W.) (Accused's age: 27.) (Height: 5'10".) (Weight 0.) (Social Security number:.) (Driver's license:.) (Name, home and work addresses and telephone numbers of next of kin or rent/guardian: Gerardo Garcia, 82 W. 300 S. Logan Ut.) (Phone: 435-755-8580) (Work:.) (Date(s) and time(s) of offense: 12/21 , 18:25, thru. 12/21/2000, 18:30.) (Location where offense occurred: Georgetown Exxon US R1.113, and SR9, Georgetown Dela .r Affiant Lawrence A. Grose can truly state that:

- I am a sworn officer, currently assigned to the criminal investigation unit of the Georgetown Police Department.

- On 12/21/2000, at approximately 18:30 hours, the Georgetown Police were dispatched to the Georgetown Exxon at US.113 and SR.9, . reference to a stabbing complaint.

Upon the arrival of the police units w/8 Bucci, made contact with the victim, who advised she had just been stabbed by a white le suspect.

The victim could only describe the suspect as a white male with a thick black mustache, black hair on his face and wearing a ichhat.

(IVAN H. MENDEZ)
(PAGE NUMBER XII OF XX PAGES)

THE VICTIM'S VEHICLE WAS PARKED ON THE SOUTH SIDE PARKING LOT AT THE REAR CORNER OF THE EXXON. THE SUSPECT APPROACHED HER FROM BEHIND THE EXXON.

THE SUSPECT MADE VERBAL CONTACT WITH THE VICTIM AND ADVISED HER NO TO SAY ANYTHING AND SHE WOULDN'T GET HURT, HE THEN STATED IS ME YOUR MONEY, HE THEN STRUCK HER IN THE LOWER LEFT SIDE OF HER BACK JUST BELOW THE KIDNEY AREA.

THE VICTIM STATES THIS WAS WHEN SHE REALIZED THAT HE HAD STABBED HER.

THE SUSPECT THEN PUNCHED HER IN THE FACIAL AREA CAUSING A BLACK EYE TO HER RIGHT EYE, THE SUSPECT THEN REACHED INTO THE VICTIM'S PANTS POCKET, REMOVED $4.00, IN UNITED STATES CURRENCY, AND THEN FLED IN A NORTH WESTERLY DIRECTION BEHIND THE EXXON.

1.-- A CHECK OF THE AREA FOR THE SUSPECT WAS DONE WITH NEGATIVE RESULTS.

(AFFIANT), (JUDGE, MASTER-COMMISSIONER-COURT OFFICIAL, SWORN TO AND SUBSCRIBED BEFORE ME THIS 26 OF DECEMBER, 2000)

---

EXHIBIT B
STATEMENT OF PROBABLE CAUSE-(CONTINUED)
STATE OF DELAWARE VS. IVAN H. MENDEZ
(SINGLE PAGE NUMBER #5)

11-- THE VICTIM WAS TRANSPORTED TO THE NANTICOKE HOSPITAL AND ADMITTED FOR THE INJURIES SHE SUSTAINED ALONG WITH SEIZURES SHE WAS HAVING DUE TO EPILEPSY.

12. W/1 BROCKWAY, WAS IN THE PARKING LOT OF THE EXXON AND OBSERVED THE SUSPECT WALK FROM BEHIND THE EXXON AND APPROACH THE VICTIM W/1, PULLED OUT OF THE PARKING LOT AND DID NOT OBSERVE THE SUSPECT ATTACK THE VICTIM, W/1 BROCKWAY, DESCRIBED THE SUSPECT AS A MALE, DARK BLUE OR BLACK JACKET, WEARING BLUE JEANS, AND APPROXIMATELY 5'08 TO 5'10, FEET TALL.

13-- ON 12/25/2000, AT APPROXIMATELY 17:33 HOURS, W/3 NAAR, OBSERVED A SUSPECT THAT MATCHED THE DESCRIPTION OF THE SUSPECT, USING N/B ON US. 113, IN THE AREA OF W. NORTH STREET.

14. W/3 NAAR, STOPPED THE SUSPECT AND QUESTIONED HIM BRIEFLY ABOUT HIS BUSSINES ABROAD, THE SUSPECT WAS INTOXICATED A TAKEN INTO CUSTODY BY W/3 NAAR, FOR WALKING ON THE HIGHWAY UNDER THE INFLUENCE OF ALCOHOL AND OTHER TRAFFIC CHARGE NAME THE SUSPECT GAVE W/3 NAAR, WAS TONY RENE DIAZ.

15-- I WAS CALLED IN TO INTERVIEW THE SUSPECT IN REFERENCE TO THE COMPLAINT ON 12/21/2000.

16-- THE SUSPECT WAS MIRANDIZED AND INTERVIEWED AT APPROXIMATELY 18:00 HOURS ON 12/25/00.

17-- THE SUSPECT ADVISED HE WAS HOMELESS AND HAD NOT WORKED IN ABOUT A MONTH, HE ADVISED HE LIVES IN THE WOODS LOCAT THE SOUTH SIDE OF THE WALMART LOCATED ON US, 113, HE STATED HE CANNOT REMEMBER WHAT HAPPENED ON 12/21/00, BECAUSE INTOXICATED, DURING THE INTERVIEW HE REPEATEDLY STATED HE DID WHAT HE HAD TO DO TO SURVIVE, AT THE TIME OF THIS INTERVIEW

18. - I OBTAINED A PHOTOGRAPH OF THE SUSPECT AND PUT A PHOTO LINE UP TOGETHER.

19. - THIS LINE-UP WAS SHOWN TO THE VICTIM ON 12/26/00, AT APPROXIMATELY 09:45 HOURS, THE VICTIM PICKED THE PHOTOGRAPH OF THE SUSPECT OUT OF 6 TOTAL PHOTOS, THE VICTIM WAS THEN SHOWN A PHOTO OF THE SUSPECT'S CLOTHING AND ALSO POSITIVELY IDENTIFIED THE SUSPECT'S CLOTHING.

20. - THE PHOTO LINE UP WAS SHOWN TO W/1 RAY BROCKWAY, AT APPROXIMATELY 11:30 HOURS ON 12/26/00, W/1 BROCKWAY COULD NOT POSITIVELY IDENTIFIED THE SUSPECT'S FACE BUT I DENTIFIED THE CLOTHING THE SUSPECT WAS WEARING AS THE SAME HE HAD ON THE EVENING OF THE INCIDENT.

21. - I CHECKED THE AREA OF THE WOODS ON THE SOUTH SIDE OF WAL MART AND LOCATED A LIVING AREA FOR THE SUSPECT MADE OUT OF CARDBOARD BOXES AND BLANKETS, I FOUND A PAIR OF THE NAIL CLIPPERS WITH AN APPROXIMATE 2 INCH KNIFE BLADE, THIS LENGTH IS CONSISTENT WITH THE STAB WOUND TO VICTIM.

22. THE SUSPECT WAS ALSO QUESTIONED ABOUT WHY HE DID NOT HAVE ANY IDENTIFICATION AND HE STATED HE LOST IT ALONG WITH HIS BLACK KNIT HAT, THE SUSPECT WAS DESCRIBED AS WEARING A BLACK KNIT HAT BY THE VICTIM.

3. - DURING THE INTERVIEW WITH THE SUSPECT HE THEN CHANGED HIS NAME TO IVAN LOPEZ MENDEZ.

(APPLICANT), (JUDGE-MASTER-COMMISSIONER-COURT OFFICIAL, SWORN AND SUBSCRIBED BEFORE ME THIS 26 OF DECEMBER, 2000)

---

INITIAL CRIME REPORT                    (SINGLE PAGE NUMBER # 6)

PAGE:), (REPORT DATE: 12/21/2000), (AGENCY: GEORGETOWN P.D.), (COMPLAINT: 81-00-004455), (REPORTED DATE AND TIME: THU. 12/21/00, 18:30, (OCCURRED: THU. 12/21/2000, 18:25, THRU. THU. 12/21/2000, 18:28), (LOCATION: DS, RT, 113, AND SR9, GEORGETOWN EXXON, GEORGETOWN DE 19947), (O MAIN INCIDENT OVERVIEW: SUSPECT CAUSED SERIOUS PHYSICAL INJURY BY USING A WEAPON AND FORCEFULLY REMOVED U.S.C. FROM THE VICTIM), (IIA: (4C-104), (SECTION: 41), (COUNTY: SUSSEX), (DOMESTIC RELATED: NO), (4-8-14-SEXT: NO), (GEN. BROADCAST SENT: NO)

CRIM INFORMATION: (VICTIM NUMBER: 001), (NAME: REED LATISHA M.), (TYPE:), (SEX:), (RACE:), (ETHNIC ORIGIN:), (AGE:), (D.O.B:) (ADDRESS:), (RESIDENT STATUS:), (HOME TELEPHONE:), (EMPLOYER/SCHOOL:), (WORK TELEPHONE:), (REPORTING PERSON: NO), (VICTIM INJURED: S), (VICTIM DECEASED: NO), (OFFICER COMMENTS:), (INJURIES: SEVERE LACERATION APPARENT MINOR INJURIES), (DESCRIPTION OF INJURIES: 2 1/2 INCHES REED, BY 2 INCHES WIDE LACERATION LOWER LEFT BACK KIDNEY AREA, BRUISES AND MINOR LACERATIONS FACIAL AREA AND FRONT HANDS), (VICTIM NUMBER: 002), (NAME:), (TYPE: SOCIETY/PUBLIC), (SEX:), (RACE:), (ETHNIC ORIGIN:), (AGE:), (D.O.B:), (ADDRESS:), (RESIDENT STATUS:), (HOME TELEPHONE:), (EMPLOYER/SCHOOL:), (WORK TELEPHONE:), (REPORTING PERSON: NO), (VICTIM INJURED: NO), (VICTIM DECEASED: NO), (OFFICER COMMENTS:), (INJURIES:), (DESCRIPTION OF INJURIES:)

METALLICA

(PAGE NUMBER XIII OF XX PAGES)

(RACE: WHITE), (ETHNIC ORIGIN: NON-HISPANIC), (AGE:), (D.O.B.:), (HEIGHT: 5'08 TO 6'00), (WEIGHT:), (SKIN TONE:), (EYE COLOR:), (HAIR COLOR:), (HAIR LENGHT:), (HAIR STYLE:), (FACIAL HAIR: THICK MUSTACHE), (VOICE SPEECH:), (TEETH:), (BUILD:), (GLASSES:), (DISGUISE:), (EYE COLOR (S)), (RESIDENT STATUS: UNKNOWN), (UNUSUAL CHARACTERISTICS:), (ARMED WITH: ILLEGAL CUTTING INSTRUMENT), (ADDRESS:), (HOME TELEPHONE:), (EMPLOYER/SCHOOL:), (WORK TELEPHONE:), (ARREST NUMBER:), (SUSPECT'S CLOTHING DESCRIPTION:).

TIMES AND ASSOCIATED INFORMATION: (VICTIM NUMBER: 001), (CRIME SEQ: 001), (STATUTE: DE-11-0832-00A1-F-B), (CRIME DESCRIPTION: ROBBERY FIRST DEGREE CAUSES PHYSICAL INJURY TO PERSON NOT PARTICIPANT), (LOCATION TYPE: PARKING LOT/GARAGE), (STATUS: NOTHING ACTIVE), (INVOLVEMENT:), (GENERAL OFFENSES:), (CRIME CODE: 12223 0), (SUSPECTED HATE/BIAS: NO), (BURGLARY FORCE ENTRIES WEAPON/FORCE USED: KNIFE CUTTING INSTRUMENT), (STOLEN PROPERTY:), (PROPERTY CATEGORY: MONEY), (QUANTITY:), (UNIT PRICE: STOLEN VALUE: $4,00), (RECOVERED VALUE: 00), (RECOVERED DATE:), (PROPERTY CATEGORY: OTHER), (QUANTITY:), (UNIT PRICE:), (STOLEN VALUE: $150,00), (RECOVERED VALUE:), (RECOVERED DATE:), (ITEM TYPE:), (SERIAL NUMBER:), (BRAND:), (MODEL:), (ITEM STYLE:), (ITEM DESCRIPTION: WALMART PAYROLL CHECK), (M.O. INFORMATION:), M.O. CLASS: TYPE OF WEAPON USED:), (M.O. DESCRIPTION: POCKET KNIFE), (M.O CLASS: PROPERTY TAKEN:), (M.O DESCRIPTION: $ 4,00 CASH), (M.O. CLASS: PROPERTY TAKEN:), (M.O DESCRIPTION: UNITED STATES CURRENCY), (VICTIM NUMBER: 002), (CRIME SEQ: 002), (STATUTE: DE-11-1447-0000-F-B), (CRIME DESCRIPTION: POSSESSION OF/DEADLY WEAPON DURING THE COMMISSION OF A FELONY).

(REPORTING OFFICER: DET. GROSE-90811), (SUPERVISOR APPROVAL: RALPH HOLM, 0SGERXH, DATE: 12/28/2000, 13:36).

## SUPPLEMENTAL REPORT #1

(SINGLE PAGE NUMBER # 7)

(PAGE: 1), (REPORT DATE: 12/27/2000), (AGENCY: GEORGETOWN P.D), (COMPLAINT: 9100004435), (OCCURRENCE, DATES AND TIMES: THU. 12/21/; 18:25 THRU. THU. 12/21/2000, 18:28), (GRID: 146-104), (SECTOR: 41), (LOCATION: US. RT 113 AND SR.9, GEORGETOWN EXXON, GEORGETOWN D 947).

ORIGINAL VICTIM INFORMATION: (VICTIM NUMBER: 01), (NAME: REM LATISHAN), (TYPE:), (SEX:), (RACE:), (ETHNIC ORIGIN:), (AGE: D.O.B:), (ADDRESS:), (RESIDENT STATUS:), (HOME TELEPHONE:), (EMPLOYER/SCHOOL:), (WORK TELEPHONE:), (REPORTING PERSON: NO), (VIC INSURED: YES), (VICTIM DECEASED: NO), (OFFICER COMMENTS:).

ORIGINAL SUSPECT DEFENDANT INFORMATION: (SEQUENCE: 001), (TYPE: UNKNOWN), (S.B.I NUMBERS:), (NAME:), (NICK NAME:), (MALE), (RACE: WHITE), (ETHNIC ORIGIN: NON-HISPANIC), (AGE:), (D.O.B:), (HEIGHT: 5'08 TO 6'00), (WEIGHT:), (SKIN TONE:), (EYE:), (HAIR COLOR:), (HAIR LENGHT:), (HAIR STYLE:), (FACIAL HAIR: THICK MUSTACHE), (VOICE SPEECH:), (TEETH:), (BUILD:), (GLA

MODIFIED SUSPECT/DEFENDANT INFORMATION: (SEQUENCE:002), (TYPE: SUSPECT), (S.B.I NUMBER:), (NAME: MENDEZ IVAN LOPEZ), (NICK NAME:), (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: HISPANIC), (AGE: 27), (D.O.B: 12/04/1973), (HEIGHT: 5'10), (WEIGHT: 180), (SKIN TONE: LIGHT), (EYE COLOR: BROWN), (HAIR COLOR: BLACK), (HAIR LENGHT: COLLAR), (HAIR STYLE: WAVY/CURLY), (FACIAL HAIR: FU MUSTACHE), (VOICE SPEECH:), (TEETH:), (BUILD: LARGE), (GLASSES:), (DISGUISE:), (DISGUISE COLOR:), (RESIDENT STATUS: NON-RESIDENT), (UNUSUAL CHARACTERISTICS:), (ARMED WITH: Illegal CUTTING INSTRUMENT), (ADDRESS: 211 S. WILSON ST, PLANO READ S.D. S.S. LKA, legal LKA:), (HOME TELEPHONE:), (EMPLOYER/SCHOOL:), (WORK TELEPHONE:), (ARREST NUMBER:), (SUSPECT'S CLOTHING DESCRIPTION: BLUE JEANS NEW BLUE JACKET, GREEN HOODED SWEATSHIRT, BLACK MULTI-STRIPPED SHIRT, BLACK SNEAKERS), (SUSPECT SMT DATA:), (SCARS, MARKS TATOOS: TATOO RIGHT FOREARM, SUSPECT HAS NUMEROUS TATOOS ON ARMS AND ABOUT HIS PERSON).

ORIGINAL CRIME AND ASSOCIATED INFORMATION: (VICTIM NUMBER: 001), (CRIME SEQ: 001), (STATUTE: DE-11-0832-0001-F-B), (CRIME DESCRIPTION: ROBBERY, FIRST DEGREE CAUSES PHYSICAL INJURY TO PERSON NOT PARTICIPANT), (LOCATION TYPE: PARKING LOT/GARAGE), (STATUS: REMAIN ACTIVE), (INVOLVEMENT:), (GENERAL OFFENSE:), (CRIME CODE: 12230), (SUSPECTED HATE/BIAS: NO), (BURGLARY FORCE INVOLVED:), (WEAPON/FORCE USED: KNIFE/CUTTING INSTRUMENT).

WITNESS INFORMATION: (SEQUENCE: 007), (TYPE: WITNESS), (NAME: NAAR DAVID), (SEX: MALE), (RACE: WHITE), (AGE:), (D.OF ADDRESS: 335 N. RACE ST., GEORGETOWN POLICE DEPARTMENT, GEORGETOWN DE. 19947), (HOME TELEPHONE: (302)-856-6613), (EMPLOYER/SCHOOL:), (WORK TELEPHONE:).

INVESTIGATIVE NARRATIVE: ON 12/25/00, AT APPROXIMATELY 17:30 HOURS, I WAS CONTACTED BY PFC NAAR, IN REFERENCE TO THE SUSPECT IN CUSTODY FOR CHARGES HE HAD ON HIM, I WAS ADVISED THE SUSPECT MATCHED THE DESCRIPTION FROM THE INCIDENT THAT TOOK PLACE ON 12/21/00, THE SUSPECT GAVE PFC NAAR, THE NAME TONY RENE DIAZ, WITH A DATE OF BIRTH OF 11/15/68. I RESPONDED TO THE GEORGETOWN POLICE DEPARTMENT TO INTERVIEW THE SUSPECT, I MIRANDIZED THE SUSPECT AT APPROXIMATELY 18:25 HOURS. REPORTING OFFICER: DET. GROSE-90811), (PENDING SUPERVISORY REVIEW:)

---

### SUPPLEMENTAL REPORT #2                    (SINGLE PAGE NUMBER #8)

(AGE: 1), (REPORT DATE: 12/27/2000), (AGENCY: GEORGETOWN PD), (COMPLAINT: 8100004435), (ORIGINAL OCCURRENCE DATES AND TIM: THU. 12/21/2000, 18:25, THRU, THU. 12/21/2000, 18:28), (GRID: 146-104), (SECTOR: 41), (ORIGINAL LOCATION: US RT. 113 AND SR9, GEORGETOWN EXXON, GEORGETOWN DE. 1994).

ORIGINAL VICTIM INFORMATION: (VICTIM NUMBER: 001), (NAME: REID IRTISHAM), (TYPE:), (SEX:), (RACE:), (ETHNIC ORIGIN:), (AGE:),

NARRATIVE REPORT
(PAGE NUMBER XIV OF XX PAGES)                                          N

J.B.), (ADDRESS:), (RESIDENT STATUS:), (HOME TELEPHONE:), (EMPLOYER/SCHOOL:), (WORK TELEPHONE:), (REPORTING PERSON: NO),
:(VICTIM INJURED?: YES) (VICTIM DECEASED: NO), (OFFICER COMMENTS:).


(original) SUSPECT/DEFENDANT INFORMATION® (SEQUENCE: 001), (TYPE: UNKNOWN), (S.B.I NUMBER:), (NAME:), (NICK NAME:), (SEX: MA
), (RACE: WHITE), (ETHNIC ORIGIN: NON-HISPANIC), (AGE:), (D.O.B.:), (HEIGHT: 5'08 TO 6'00), (WEIGHT:), (SKIN TONE:), (EYE COLOR:
HAIR COLOR:), (HAIR LENGTH:), (HAIR STYLE:), (FACIAL HAIR: THICK MUSTACHE), (VOICE SPEECH:), (TEETH:), (BUILD:), (GLASSES:), (ARM
S:), (HOME TELEPHONE:), (EMPLOYER/SCHOOL:), (WORK TELEPHONE:), (ARREST NUMBER:), (SUSPECT'S CLOTHING DESCRIPTION).


(original) SUSPECT/DEFENDANT INFORMATION° (SEQUENCE: 002), (TYPE: SUSPECT), (S.B.I NUMBER:), (NAME: MENDEZ IVAN LOPEZ),
(NICK NAME:), (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: HISPANIC), (AGE: 27), (D.O.B.: 12/04/1973), (HEIGHT: 5'10"), (WEIGHT:180)
(SKIN TONE: LIGHT), (EYE COLOR: BROWN), (HAIR COLOR: BLACK), (HAIR LENGTH: COLLAR), (HAIR STYLE: WAVY/CURLS), (FACIAL HAIR: THICK M
STACHE), (VOICE SPEECH:), (TEETH:), (BUILD: LARGE), (GLASSES:), (ADDRESS: 211S. WILSON ST., SS, LHA, PLANDREAU S.D, LOGAN UT.),
,(HOME TELEPHONE:), (EMPLOYER/SCHOOL:), (WORK TELEPHONE:), (ARREST NUMBER:), (SUSPECT'S CLOTHING DESCRIPTION: BLUE JEANS, DAR
BLUE JACKET, GREEN HOODED SWEATSHIRT, BLACK MULTI-STRIPPED SHIRT, BLACK SNEAKERS).


(MODIFIED) SUSPECT/DEFENDANT INFORMATION° (SEQUENCE: 002), (TYPE: DEFENDANT), (S.B.I NUMBER:), (NAME: MENDEZ IVAN LOPEZ),
(NAME:), (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: HISPANIC), (AGE: 27), (D.O.B.: 12/04/1973), (HEIGHT: 5'10"), (WEIGHT: 180)
(SKIN TONE: LIGHT), (EYE COLOR: BROWN), (HAIR COLOR: BLACK), (HAIR LENGTH: COLLAR), (HAIR STYLE: WAVY/CURLS), (FACIAL HAIR: THICK
STACHE), (VOICE SPEECH:), (TEETH:), (BUILD: LARGE), (GLASSES:), (DISGUISE:), (DISGUISE COLORS:), (RESIDENT STATUS: NON-RESIDENT)
(UNUSUAL CHARACTERISTICS:), (ARMED WITH: ILLEGAL CUTTING INSTRUMENT), (ADDRESS: 211S. WILSON ST. SS, LHA, PLANDREAU, S.D. LOGA
(HOME TELEPHONE:), (EMPLOYER/SCHOOL:), (WORK TELEPHONE:), (ARREST NUMBER: 51411), (ARREST TYPE: WARRANT), (SUSPECT'S C
WG DESCRIPTION:).


ORIGINAL CRIME AND ASSOCIATED INFORMATION: (VICTIM NUMBER: 001), (CRIME SEQ: 001), (STATUTE: DE-11-0832-0001-F.B), (CR
SCRIPTION: ROBBERY FIRST DEGREE CAUSES PHYSICAL INJURY TO PERSON NOT PARTICIPANT), (LOCATION TYPE: PARKING LOT/GARAGE), (SUR
NDING ACTIVE), (INVOLVEMENT:), (GENERAL OFFENSE:), (CRIME CODE: 12223 0), (SUSPECTED HATE BIAS: NO), (BURGLARY FORCE INVOLVED:),
PON/FORCE USED: KNIFE/CUTTING INSTRUMENT).


MODIFIED CRIME AND ASSOCIATED INFORMATION: (VICTIM NUMBER: 001), (CRIME SEQ: 001), (STATUTE: DE-11-0832-0001-F.B), (

(REPORTING OFFICER: OFC. GLADSE- 90811), (PENDING SUPERVISORY REVIEW:)

---

SUPPLEMENTAL REPORT #3        (SINGLE PAGE NUMBER #9)

(PAGE:), (REPORT DATE: 12/30/2000), (AGENCY: GEORGETOWN PD), (COMPLAINT: 810000 4435), (ORIGINAL OCCURRENCE DATES AND TIMES: THU., 12/21/2000, 18:29, THRU. THU. 12/21/2000, 18:28), (GRID: 14L-10W), (SECTOR: 41), (ORIGINAL LOCATION: US. RT. 113 AND SR9, GEORGETOWN EXXON, GEORGETOWN DE 19947,)

ORIGINAL VICTIM INFORMATION: (VICTIM NUMBER: 001), (NAME: REED LATISHA M.), (TYPE: INDIVIDUAL), (SEX: FEMALE), (RACE: WHITE), (ETHNIC ORIGIN: NON-HISPANIC), (AGE:), (D.O.B:), (ADDRESS:), (RESIDENT STATUS:), (HOME TELEPHONE:), (EMPLOYER/SCHOOL:), (WORK TELEPHONE:), (REPORTING PERSON: NO), (VICTIM INJURED: YES), (VICTIM DECEASED: NO), (OFFICER COMMENTS:).

ORIGINAL SUSPECT/DEFENDANT INFORMATION: (SEQUENCE: 001), (TYPE: UNKNOWN), (S.B.I NUMBER:), (NAME:), (NICKNAME:), (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: NON-HISPANIC), (AGE:), (D.O.B:), (HEIGHT: 5'08 TO 6'00), (WEIGHT:), (SKIN TONE:), (EYE COLORS:), (HAIR COLOR:), (HAIR LENGTH:), (HAIR STYLE:), (FACIAL HAIR: THICK MUSTACHE), (VOICE SPEECH:), (TEETH:), (BUILD:), (GLASSES:), (ADDRESS:), (HOME TELEPHONE:), (EMPLOYER/SCHOOL:), (WORK TELEPHONE:), (ARREST NUMBER:), (SUSPECT'S CLOTHING DESCRIPTION:).

ORIGINAL CRIME AND ASSOCIATED INFORMATION: (VICTIM NUMBER: 001), (CRIME SEQ.: 001), (STATUTE: DE-11-0832-00A1-F6), (CRIME DESCRIPTION: ROBBERY FIRST DEGREE CAUSES PHYSICAL INJURY TO PERSON NOT PARTICIPANT), (LOCATION TYPE: PARKING LOT/GARAGE), (STATUS: PENDING ACTIVE), (INVOLVEMENT:), (GENERAL OFFENSE:), (CRIME CODE: 122230), (SUSPECTED HATE/BIAS: NO), (BURGLARY FORCE/FINDINGS:), (WEAPON/FORCE USED: KNIFE/CUTTING INSTRUMENT).

INVESTIGATIVE NARRATIVE: I CONTACTED VICTIM ON THE SCENE, WHILE SHE WAS LYING ON THE SIDEWALK OF THE EXXON ON THE SOUTH END OF THE BUILDING, I ASKED THE VICTIM IF SHE HAD SEEN THE SUSPECT, AND SHE SAID, SHE DID NOT GET A VERY GOOD LOOK AT HIM, & VICTIM STATED THAT SHE DID KNOW THAT THE SUSPECT WAS A WHITE MALE, THE VICTIM STATED, SHE PULLED INTO A PARKING SPACE ON SOUTH SIDE OF THE BUILDING AND OPENED HER CAR DOOR, UPON EXITING HER CAR, THE VICTIM WAS MET BY THE SUSPECT WHO HAD STABBED HER SEVERAL TIMES IN THE FACE AND LOWER BACK, THE VICTIM SAID THAT SHE WAS CAUGHT BY SURPRISE AND COULD NOT FIGHT BACK BECAUSE ALL HAPPENED SO QUICKLY, THE VICTIM STATED THAT SHE TRIED TO WALK TOWARD THE ENTRANCE TO THE BUILDING BUT DID NOT MAKE IT IT FAR, AND KNEW SHE WAS HURT, THE VICTIM SAT DOWN ON THE S.E. CORNER OF THE BUILDING, I THEN COVERED THE VICTIM WITH AN EMERGENCY BLANKET SUPPLIED BY THE MEDIC UNIT ON THE SCENE.

(WTNESS:), (SUSPECT LOCATED:), (M.O.:), (SUSPECT DESCRIBED:), (TRACE STOLEN PROPERTY:), (SUSPECT IDENTIFIED:), (PEER NAMED:), (SUSPECT VEHICLE DESCRIBED:), (STATUS: HAS Follow up).

---

INITIAL CRIME REPORT ( (SINGLE PAGE NUMBER # 10)

AGE: 1), (REPORT DATE: 12/25/2000), (AGENCY: GEORGETOWN PD), (COMPLAINT: 8100004496), (REPORTED DATE AND TIME: MON, 12/25/00 .35), (OCCURRED: MON, 12/25/2000, 17:35), (LOCATION: US, RT.113 HWY, WEST NORTH ST. ACCROSS FROM NINO'S CAR WASH), (M.O. AND IDENT OVERVIEW: DEFENDANT GAVE A FALSE NAME DURING A CRIME PREVENTION CHECK), (GRID: 14C-102), (SECTOR: 41), (COUNTY: SUSSEX), (DOMESTIC RELATED: NO), (4-F-14 SENT: NO), (GEN. BROADCAST SENT: NO).

VICTIM INFORMATION: (VICTIM NUMBER: 001), (NAME:), (TYPE: SOCIETY/PUBLIC), (SEX:), (RACE:), (ETHNIC ORIGIN:), (AGE:), (D.O.B.:), (ADRESS:), (RESIDENT STATUS:), (HOME TELEPHONE:), (EMPLOYER/SCHOOL:), (WORK TELEPHONE:), (REPORTING PERSON: NO), (VICTIM INJURED: NO), (VICTIM DECEASED: NO), (OFFICER COMMENTS:), (INJURIES:), (DESCRIPTION OF INJURIES:).

SUSPECT DEFENDANT INFORMATION: (SEQUENCE: 001), (TYPE: DEFENDANT), (S.B.I NUMBER:), (NAME: MENDEZ IVAN LOPEZ), (NICKNAME:) SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: HISPANIC), (AGE: 27), (D.O.B.: 12/04/1973), (HEIGHT: 5'10), (WEIGHT: 180), (SKIN TONE: OLIVE (EYE COLOR: BROWN), (HAIR COLOR: BLACK), (HAIR LENGHT: EAR TOP), (HAIR STYLE: WAVY CURLD), (FACIAL HAIR: THICK MUSTACHE), (VOICE/SPEECH : ACCENT), (TEETH:), (BUILD: AVERAGE), (GLASSES:), (DISGUISE:), (DISGUISE COLOR(S):), (RESIDENT STATUS: NON-RESIDENT), (UNUSUAL CHARACTERISTICS:), (ARMED WITH: UNARMED), (ADDRESS: MARAVATIO MEXICO), (HOME TELEPHONE:), (EMPLOYER/SCHOOL:), (WORK TELEPHONE: ARREST NUMBER: 51413), (ARREST TYPE: WARRANT), (SUSPECT'S CLOTHING DESCRIPTION: DARK BLUE JACKET AND BLUE JEANS), (SUSPECT DATA:), (SCARS, MARKS, TATOOS: SCAR RIGHT EYEBROW, FIVE TATOOS ON LEFT ARM, BICEP, WEB OF HAND, TATOO RIGHT BICEP).

CRIMES AND ASSOCIATED INFORMATION: (VICTIM NUMBER: 001), (CRIME SEQ.: 001), (STATUS: DE-11-0407-0001-M-A), (CRIME DESCRIP: (CRIMINAL IMPERSONATION), (LOCATION TYPE: HIGHWAY/ROADWAY/ALLEY), (STATUS: ADULT ARREST 12/25/2000), (INVOLVEMENT:), (RAI OFFENSE:), (CRIME CODE: 2699), (SUSPECTED HATE/BIAS: NO), (BURGLARY FORCE INVOLVED:).

VICTIM-SUSPECT/DEFENDANT RELATIONSHIPS: (VICTIM-001: SOCIETY/PUBLIC), (SUSPECT/DEFENDANT=001- MENDEZ IVAN LOPEZ), (OFFENDER RELATIONSHIP: VICTIM LESS CRIME).

INVESTIGATIVE NARRATIVE: ON 12/25/00, AT APPROXIMATELY 17:35 HOURS, ON US.RT.113, AND WEST NORTH STREET I OBSERVED

JEANS, AND HAD A DARK BUSHY MUSTACHE, WHICH FIT THE DESCRIPTION OF THE SUSPECT IN A ROBBERY (STABBING), WHICH OCCURED ON 12/21/00, APPROXIMATELY HALF MILE DOWN THE ROAD AT AN EXXON STATION. DURING A CRIME PREVENTION CHECK THE PEDESTRIAN IDENTIFY HIMSELF AS IVAN ROBE DIAZ, WITH A D.O.B OF 11/18/68, WITH A LKA, IN SEAHAM S.D., DIAZ, HAD A STRONGH ODOR OF AN ALCOHOLIC BEVERAGE COMMING FROM HIS PERSON, WHEN ASKED IF HE HAD BEEN DRINKING HE REPLIED YES A P.B1, REGISTERED AT 23C, DIAZ, WAS TRANSPORTED BACK TO THE GEORGETOWN POLICE DEPARTMENT, WHERE HE WAS QUESTIONED BY DETECTIVE GROSE, DURING THE QUESTIONING DIAZ, ADMITTED TO GIVING A FALSE NAME, HE THEN IDENTIFIED HIMSELF AS IVAN LOPEZ MENDEZ, WITH A D.O.B OF 12/04/73, & KA, SOMEWHEREIN UTAH, MENDEZ, STATED HE IS HOMELESS, LIVING IN THE WOODS BEHIND WAL MART.

(REPORTING OFFICER: PFC NAAR-90810), (SUPERVISOR APPROVAL: RALPH KORN 037XERX H, DATE: 12/28/2000, 11:44), (DETECTIVE NOTIFIED?), (REFERRED TO:), (SOLVABILITY FACTORS:), (WITNESS:), (SUSPECT LOCATED?), (M.O:), (SUSPECT DESCRIBED?), (TRACE STOLEN PROPERTY?), (SUSPECT IDENTIFIED:), (SUSPECT NAMED?), (SUSPECT VEHICLE IDENTIFIED?:), (STATUS: CLOSED).

---

## STATEMENTS OF WITNESSES          (SINGLE PAGE NUMBER # 11)

(PAGE: 4), (REPORT DATE: 12/21/2000), (AGENCY: GEORGETOWN P.D), (COMPLAINT: 0100004435).

STATEMENT OF VICTIM:001: TATISHA M. REED,: I TRIED TO OBTAIN MORE INFORMATION FROM THE VICTIM AT THE NANTICOKE HOSPITAL, AS SHE WAS MEDICATED DUE TO HER INJURIES, THE VICTIM, WAS FIRST QUESTIONED BY PFLM- BUCCI, ON THE SCENE, (SUPPLEMENT TO FOLLOW).

STATEMENT OF WITNESS:001-JOHN S. RODENBOUGH,: JOHN RODENBOUGH, WAS HIS VEHICLE AT A RED LIGHT AT THE WEST BOUND TRAFFIC LIGHT AT 113 AND SR9, HE ADVISED HE SAW THE VICTIM PULL INTO THE EXXON PARKING LOT AT APPROXIMATELY 18:30 HOURS, HE COULD NOT OFFER ANY MORE DETAIL ABOUT THIS COMPLAINT.

STATEMENT OF WITNESS 002- PAT BROCKWAY,: PAT BROCKWAY, IS CURRENTLY ASSIGNED TO THE GEORGETOWN WORK RELEASE CENTER LOCATED AT THE SUSSEX CORRECTIONAL INSTITUTE, MR. BROCKWAY, WAS ON HIS WAY TO THE WORK RELEASE CENTER TO RETURN THERE FOR THE DAY, HE WAS WITH HER GIRLFRIEND, THEY STOPPED AT THE EXXON SO HIS GIRLFRIEND COULD GET SOME CIGARETTES, THEY PARKED ON THE SOUTH SIDE OF THE EXXON, BROCKWAY, ADVISED THE VICTIM PULLED INTO THE SPOT ON THE WEST SIDE OF THE VEHICLE HE WAS IN, THE VICTIM THEN BACKED OUT AND PARKED HER CAR WHERE THE CRIME SCENE WAS, HE OBSERVED A ~~WHITE~~ WHITE MALE, WALK OUT FROM THE REAR CORNER OF THE EXXON & APPROACH THE VICTIM, THE VICTIM AND THE SUSPECT STARTED TALKING, MR. BROCKWAY'S GIRLFRIEND RETURNED TO THE CAR AND THEY LEFT, HE ISED HE DID NOT SEE THE SUSPECT ASSAULT OR ROB THE VICTIM, MR. BROCKWAY, DESCRIBED THE SUSPECT AS A WHITE MALE, APPROXIMATELY 5'8", THIN, BLUE JEANS AND BLACK JACKET, HE DID NOT RECALL SEEING A HAT ON THE SUSPECT OR A MUSTACHE.

PROSECUR OF ALAN MARSONS
(PAGE NUMBER XIII OF XX PAGES)

12/28/00

STATEMENT OF WITNESS 003 - EDWARD A. WILSON: EDWARD A. WILSON WAS ON HIS VEHICLE LOCATED AT THE WEST BOUND STOP LIGHT US. 113 AND SR9, HE OBSERVED THE VICTIM'S WHITE CAR PULL INTO THE SOUTH PARKING LOT OF THE EXXON, THE FRONT TURNED IN AND HE DID NOT OBSERVE AN ASSAULT OR ROBBERY OF THE VICTIM.

STATEMENT OF WITNESS 004- LONNIE FEASTER: DET. FEASTER PROCESSED THE VICTIM'S CAR FOR ANY POSSIBLE SUSPECT PRINTS.

STATEMENT OF WITNESS-005 - MICHAEL BARLOW: SGT. BARLOW, WAS THE SUPERVISOR ON THE SCENE, SGT. BARLOW, ASSISTED WITH SECURING THE CRIME SCENE AND COORDINATING THE GROUND SEARCH FOR THE SUSPECT.

STATEMENT OF WITNESS 006- JEFFERY BUCCI: PTLM. BUCCI, INTERVIEWED THE VICTIM ON THE CRIME SCENE AND ASSISTED WITH THE GROUND SEARCH FOR THE SUSPECT, PTLM BUCCI'S SUPPLEMENT TO FOLLOW.

(REPORTING OFFICER: DET- GROSE- 90811), (SUPERVISOR APPROVAL: RALPH HOLM, O'SGERYN, DATE: 12/28/2000, 13:36), (DETECTIVE NOTIFIED: 90811), (REFERRED TO:), (SOLVABILITY FACTORS:), (WITNESS:), (SUSPECT LOCATED:), (M.O.:), (SUSPECT DESCRIBED: YES), (TRACE SEEN PROPERTY:), (SUSPECT IDENTIFIED:), (SUSPECT NAMED:), (SUSPECT VEHICLE IDENTIFIED:), (STATUS: HAS FOLLOW UP).

---

(PAGE: 2), (REPORT DATE: 12/27/2000), (AGENCY: GEORGETOWN P.D), (COMPLAINT: 81000 4435)

## INVESTIGATIVE NARRATIVE- CONTINUED

(SINGLE PAGE NUMBER # 12)

THE FOLLOWING IS A CONDENSED VERSION OF THE INTERVIEW: THE SUSPECT WAS ASKED TO IDENTIFY HIMSELF, HE GAVE ME THE NAME IVAN LOPEZ M Z, WITH A DATE OF BIRTH OF, 12/04/1973, I QUESTIONED THE SUSPECT AS TO HIS RESIDENCE, THE SUSPECT ADVISED HE WAS HOMELESS AND HAD NO PLACE TO LIVE, HE ADVISED THE SALVATION ARMY FROM WILMINGTON BROUGHT HIM TO GEORGETOWN, I ASKED HIM WAS HE GAVE PFC-NAAR DIFFERENT NAME, HE STATED I DON'T KNOW, THE SUSPECT STATED HE DID NOT HAVE A JOB, BUT HE WOULD WORK ODD JOBS AT TIMES, HE STATED HAD NOT WORKED IN OVER A MONTH, I DETECTED A SMELL OF ALCOHOLIC BEVERAGES EMITTING FROM HIS BREATH AND QUESTIONED HIM HOW COULD HE BUY ALCOHOL IF HE HAD NO MONEY, HE STATED HE HAD FRIENDS THAT WOULD HELP HIM OUT, HE WAS QUESTIONED ABOUT THE WHEREABOUTS ON 12/21 HE STATED, "I DON'T REMEMBER I WAS DRUNK", I ADVISED HIM A YOUNG FEMALE HAD BEEN INJURED AT THE EXXON AT US. 113 AND SR AND HE STATED HE WAS DRUNK AND DOESN'T REMEMBER BEING THERE, DURING THE INTERVIEW, THE SUSPECT KEPT STATING "I DO WHAT I HAVE DO TO SURVIVE", THE ENTIRE INTERVIEW WAS TAPE RECORDED AND THIS TAPE IS ON FILE AT THE GEORGETOWN POLICE DEPARTMENT, THE SUSPECT WAS WEARING, BLUE JEANS, DARK BLUE JACKET, A GREEN HOODED SWEATSHIRT AND A BLACK MULTI- STRIPPED SHIRT, THE SUSPECT HAD A BUSHY MUSTACHE AND BUSHY GOATEE THIS DESCRIPTION MATCHES THE ONE GIVEN BY THE VICTIM AND ALSO WILL BROCKWAY, I OBSERVED AN

CHARGES (PENESTRIAN) AND CRIMINAL IMPERSONATION, THE SUSPECT WAS HELD AT S.C.I ON SECURED BOND FOR THESE CHARGES, THIS COMP- LT IS PENDING FURTHER INVESTIGATION.

STATEMENT OF SUSPECT 002 - IVAN LOPEZ MENDEZ, % THE SUSPECT WAS INTERVIEWED AT THE GEORGETOWN POLICE DEPARTMENT IN REFER -E TO THE INCIDENT THAT OCCURRED ON 12/21/00, THIS INTERVIEW WAS TAPE RECORDED AND THE SUSPECT WAS READ HIS MIRANDA WARNING AT 18:26 HOURS, A CONDENSED VERSION OF THE INTERVIEW WILL BE IN MY NARRATIVE.

STATEMENT OF WITNESS 007 - DAVID NAAR, % PFC. NAAR, STOPPED THE SUSPECT DUE TO HIS MATCHING DESCRIPTION FROM THE ORIGINAL INCI -T ON 12/21/00, PFC. NAAR, QUESTIONED THE SUSPECT ABOUT WHY HE DID NOT HAVE ANY TYPE OF IDENTIFICATION ON HIM, THE SUSPECT AD -ED HE LOST HIS I.D. WHEN HE LOST HIS HAT, PFC. NAAR, ASKED HIM WHAT TYPE OF HAT HE LOST, AND THE SUSPECT STATED A BLACK KNIT HAT, THIS PE OF HAT WAS ALSO DESCRIBED BY THE VICTIM IN REFERENCE TO THE SUSPECT HAVING ONE ON THE EVENING THE INCIDENT OCCURRED, THE USPECT ADVISED PFC. NAAR, HE WAS HOMELESS AND WAS LIVING IN THE WOODED AREA ON THE SOUTH SIDE OF WALMART - JUST WEST OF US 13.

REPORTING OFFICER: DET. ROSE-POETT), (PENDING SUPERVISORY REVIEW), (SOLVABILITY FACTORS), (WITNESS:), (SUSPECT LOCATED: YES) M.O.), (SUSPECT DESCRIBED:), (TRACE STOLEN PROPERTY:), (SUSPECT NAMED: YES),

CRIMES AND ASSOCIATED INFORMATION    (SINGLE PAGE NUMBER # 13)

AGE:2), (REPORT DATE: 12/21/2000), (AGENCY: GEORGETOWN P.D), (COMPLAINT: 810000 4435), (LOCATION TYPE: PARKING LOT/GARAGE), ( ATUS: PENDING ACTIVE), (INVOLVEMENT:), (GENERAL OFFENSE:), (CRIME CODE: 5201), (SUSPECTED HATE/BIAS: NO), (BURGLARY FORCE INVOLVED:), ( MINAL ACTIVITY: USING/CONSUMING), (WEAPON/FORCE USED: KNIFE/CUTTING INSTRUMENT),

CRIM SUSPECT/DEFENDANT RELATIONSHIPS: (VICTIM 001 - LATISHA REED MD), (SUSPECT/DEFENDANT 001: UNKNOWN), (VICTIM OFFENDER RELATI- SHIP: STRANGER), (VICTIM 002: SOCIETY/PUBLIC), (SUSPECT/DEFENDANT 001: UNKNOWN), (VICTIM OFFENDER RELATIONSHIP: VICTIMLESS CRIME),

TNESS INFORMATION: (SEQUENCE: 001), (TYPE: WITNESS), (NAME: RODENBAUGH, JOHN S.), (SEX:), (RACE:), (AGE:), (D.O.B.:), (ADD 55:), (HOME TELEPHONE:), (EMPLOYER/SCHOOL:), (WORK TELEPHONE:), (SEQUENCE: 002), (TYPE: WITNESS), (NAME: BROCKWAY, PAT), ( C:), (RACE:), (AGE:), (D.O.B.:), (ADDRESS:), (HOME TELEPHONE:), (EMPLOYER/SCHOOL:), (WORK TELEPHONE:), (SEQUENCE: 003), (TYPE: PE N CONTACTED), (NAME: WILSON, EDWARD P.), (SEX:), (RACE:), (AGE:), (D.O.B.:), (ADDRESS:), (HOME TELEPHONE:), (EMPLOYER/SCHOOL:), ORK TELEPHONE:), (SEQUENCE: 004), (TYPE: WITNESS), (NAME: FEASTER, JAMIE), (SEX: UNKNOWN), (RACE:), (AGE:), (D.O.B.:), (AD SS: 375 N. RACE ST. GEORGETOWN POLICE DEPARTMENT, GEORGETOWN DE 19947), (HOME TELEPHONE: (302)-856-6613), (EMPLOYER/SCHOOL:)

(PAGE NUMBER XIII OF XX PAGES)    [Green]    12/11/06

JOAN TELEPHONE:), (SEQUENCE: 005), (TYPE: WITNESS), (NAME: BARLOW MICHAEL), (SEX: UNKNOWN), (RACE:), (AGE:), (D.O.B.:), RESS: 335 N. RACE ST. GEORGETOWN POLICE DEPARTMENT, GEORGETOWN DE. 19947), (HOME TELEPHONE: (302)- 856- 6613), (EMPLOYER/SCHOOL), JOAN TELEPHONE:), (SEQUENCE: 006), (TYPE: WITNESS), (NAME: BUCCI SEAFORD), (SEX: UNKNOWN), (RACE:), (AGE:), (D.O.B.:), (ADDRESS: S N. RACE STREET, GEORGETOWN POLICE DEPARTMENT, GEORGETOWN DE. 19947), (HOME TELEPHONE: (302). 856-6613), (EMPLOYER/SCH I:), (WORK TELEPHONE:).

INVESTIGATIVE NARRATIVE: ON 12/21/00, AT APPROXIMATELY 18:30 HOURS, THE GEORGETOWN POLICE DEPARTMENT, WAS DISPATCHED AT THE GEORGETOWN EXXON LOCATE AT US. 113 AND SR9, IN REFERENCE TO A STABBING COMPLAINT, SEVERAL GEORGETOWN POLICE UNITS, ALONG ITH UNITS FROM THE DELAWARE STATE POLICE, ARRIVED ON THE SCENE AT APPROXIMATELY 18:30 HOURS, UPON MY ARRIVAL I LEARNED THE VICTIM AD BEEN STABBED IN THE LOWER LEFT SIDE OF HER BACK, THE SUSPECT HAD ALSO TAKEN MONEY FROM HER AND FLED THE SCENE IN A WESTER DIRECTION BEHIND THE EXXON, THE VICTIM WAS BEING QUESTIONED BY PTLM, BUCCI, UPON MY ARRIVAL I WAS ADVISED THE ONLY DESCR ION OF THE SUSPECT WAS A WHITE MALE WITH A BLACK HAT, GROUND UNITS ALONG WITH THE DELAWARE STATE POLICE HELICOPTER, IMMEDI TLY SET UP A PERIMETER AND SEARCHED THE NORTH WESTERN AREA OF US. 113, EMERGENCY MEDICAL UNITS ARRIVED ON THE SCENE AND SSISTED THE VICTIM WITH HER INJURIES, THE VICTIM WENT INTO SEIZURES AS THE MEDICAL PERSONELL WERE ATTENDING TO HER, I SECURED THE CRIME SCENE AND CHECKED SAME FOR PHYSICAL EVIDENCE, I OBSERVED A PAIR OF GLASSES ON THE GROUND OUTSIDE THE DRIVER'S SIDE OF N VEHICLE, ONE OF THE LENSES HAD BEEN KNOCKED OUT, AND THE FRAME OF THE GLASSES WAS TWISTED, I FOUND NO BLOOD ON THE VICTIM' VEHICLE OR THE SURROUNDING AREA OF THE VEHICLE, I OBSERVED.

REPORTING OFFICER: DET. GROSE- 90811, (SUPERVISOR APPROVAL: RALPH HOLM, OFFICER/ID, DATE: 12/28/2000, 13:36)

---

I INVESTIGATIVE NARRATIVE CONTINUED    (SINGLE PAGE NUMBER #14)

(PAGE:3), (REPORT DATE: 12/21/2000), (AGENCY: GEORGETOWN P.D.), (COMPLAINT: G10000 4435)

NO BLOOD ON THE SIDE WALK, THE VICTIM HAD WALKED DOWN TO GET HELP, I OBTAINED SEVERAL PHOTOGRAPHS OF THE VEHICLE AND THEN SCENE, THE VEHICLE WAS THEN TOWED TO THE GEORGETOWN FIRE DEPARTMENT FOR FURTHER PROCESSING, THIS PROCESSING WAS DON BY DET. FRASIER, (SUPPLEMENT TO FOLLOW), THE VICTIM WAS TRANSPORTED TO NANTICOKE HOSPITAL IN SEAFORD, LT. HOLM, WAS NOTIFIED DET. BARLOW, IN REFERENCE TO THIS INCIDENT, MIRTA COLLAZO, OF THE GEORGETOWN POLICE DEPARTMENT'S VICTIM'S SERVICE UNIT CALLED OUT TO ASSIST WITH THE VICTIM AND HER FAMILY, I LEARNED THE VICTIM WAS EMPLOYED BY THE GEORGETOWN WALMART, AND RESPO TO THIS LOCATION TO TRY AND LOCATE ANY FAMILY MEMBER'S TO CONTACT FROM HER PERSONNEL FILE, I LOCATED THE VICTIM'S MOTHER'S P NUMBER AND THE MANAGER ON DUTY ON WALMART NOTIFIED THE VICTIM'S MOTHER I WAS ADVISED BY MANAGEMENT THAT THE VICTIM



no kind of unusual occurrence on today's date, I then responded to the Nanticoke Hospital and met with the victim and obtain a statement (see victim statement). Due to the victim being under pain medication for her injuries, I will follow up with her on a later date to confirm the facts in her statement. I was advised at the hospital by emergency room staff that the stabb wound was not life threatening and the injury had been packed with gauze to stop the bleeding. The laceration was approxi tely 2½ inches deep by 2 inches wide. The laceration did not hit any vital organs. (evidence collected at the scene: 1 pair of wo man's glasses), (evidence collected at the hospital: victim's pants with blood stains, victim's shirts (2) with blood stains, victim's bra with blood stains). All evidence was entered into evidence at the Georgetown Police Department. Prints obtained by Det. F ister, will be forwarded to S.B.I. This complaint is pending further investigation.

STATEMENT OF VICTIM 001 - Latisha M. Reed: The victim stated she goes to the Exxon at US.113 and SR9, when she works to get appdecund. The victim stated she was parked in the corner of the business and stepped out of her vehicle to go into the store. The suspect approached from the rear ~~xxxx~~ of the store and advised her to give me all my money. The victim was scared and did know not who the suspect was. The victim advised she thought he was asking for help. The suspect then st eg in the lower back and punched in the face. The suspect then took her money out of her pants pockets. The victim advised she had approximately 4.00 and her paycheck from wal mart. The victim stated "I guess when he hit me in the back is when e stabbed me, I didn't even know at first I had been stabbed". The victim described the suspect as a white male, approx ately 6 feet tall with a thick dark or black mustache. The only clothing description the victim could offer was a black hat/ha on his head. After the suspect assaulted and took the victim's property, he fled in a westerly direction behind the xxon.

Reporting officer: Det. Grose-90811), (Supervisor approval: Rndn Wonn, O'Gerch, Date: 12/28/2000, 13:36

---

CRIMES AND ASSOCIATED INFORMATION (single page number # 15)

(Page: 2), (Report Date: 12/27/2000), (Agency: Georgetown P.D.), (Complaint: 81000344635), (Location Type: Parking Lot (Garage), (status: Adult Arrest 12/26/2000), (Involvement:), (General Offense:), (Crime Code: 12223 0), (Suspected Hate/Bias: No), (Burglary ~~occ involved~~), (Weapon/Force Used: Knife/Cutting Instrument),

riginal Crime and Associated Information: (Victim Number: 002), (Crime Seq. # 002), (Statute: Del1-1447-0000-F-B), (Crime D ption: Possession of a Deadly Weapon during the Commission of a Felony), (Location Type: Parking Lot (Garage), (Status: Pending Act ), (Involvement:), (General Offense:), (Crime Code: 5201), (Suspected Hate/Bias: No), (Burglary Force Involved:), (Criminal Record sing / Consuming), (Weapon/Force Used: Knife Cutting Instrument),