ACSDC                FEBRUARY TWENTY FIVE OF 2007              02/25/07
(PAGE NUMBER ONE OF FIVE PAGES)

    HONORABLE, JUDGE*                                      06-780
    MR* JOSEPH J* FARNAN, SR*                              (JJF)

    MR* JOSEPH, I WRITTE TO YOU ONCE AGAIN, HOPEFULLY THAT I DON'T BOTHER ANY OF YOUR BUSY TIME, BUT NOW THAT THANK'S GOD THAT SOME PEOPLE GAVE ME SOME PAPER AND A PEN TO WRITTE ON, AND THANK'S BE TO THE LORD CHRIST BECAUSE THE SUPPORT SERVICES OFFICE THIS TIME THEY GAVE ME THREE INMATE ACCOUNTS STATEMENTS THAT I REQUESTED FROM THEM, YES THIS TIME THEY GAVE IT TO ME, AND I WRITTE TO YOU BECAUSE YOU HAVE DENIED FOR ME TO PROCEED WITHOUT PAYMENT FOR THE LAWSUIT: MENDEZ VS. THIS CRIMINAL ORGANISATION, 1:06-CV-780, AND NOW IS STILL PENDING IN YOUR COURT MENDEZ VS. PENSYLVANIA STATE, 1:06-CV-794, AND I NEED TO KNOW HOW IS POSSIBLE THAT YOU HAVE SEPARATED ONE OF THE LAWSUITS THAT I HAVE SEND IT TO YOU RECENTLY WHERE ON THE LAWSUIT SAID NAME OF DEFENDANTS AND I WROTE IT DOWN THE TRUTH, I WROTE IT DOWN THE NEXT SENTENCE : AS YOU KNOW IT TOO, DELAWARE, PENSYLVANIA, WASHINGTON D.C, AND ALL OF THIS CRIMINAL ORGANISATION, AS YOU KNOW IT TOO, AND YOU HAVE MADE TWO TRANSACTIONS OF IT, AS YOU KNOW IT TOO, THAT PENSYLVANIA STATE IS JUST ANOTHER MEMBER OF THIS CRIMINAL ORGANISATION, AND MR* JOSEPH, YOU HAVE TOLD ME ON YOUR ANSWER THAT I HAVE THIRTY (30) DAYS TO PAY $350.00 DOLLAR, WHICH IS THE COST OF THE LAWSUIT, AND ALL BECAUSE OF SUCH A THREE STRIKES LAW OR SOMETHING LIKE THAT, LIKE IT WERE A GAME OF BASE BALL, IS NOT MR* JOSEPH, IS A MATTER OF LIFE AND DEATH, AND HOW COME UNTIL NOW YOU CAME TO ME WITH THIS ANSWER OF THREE STRIKES, SO WERE ARE THE ANSWERS OF ALL OF THE MANY, MANY, BUT MANY (42 USC 1983 LAWSUITS FORMS), (28 USC 2254 HABEAS CORPUS FORMS), (APPLICATIONS IN FORMA PAUPERIS FORMS), (APPLICATIONS WITHOUT PREPAYMENTS OF FEES FORMS), THE OTHER FORMS AND LETTERS, AND AFTER YEARS YOU CAME WITH AN ANSWER OF THREE STRIKES, FOR GOD'S SAKE, DON'T BE SO SARCASTIC MR* JOSEPH, SO HERE I SEND YOU MY INMATE ACCOUNT STATEMENT FROM THE LAST SIX MONTHS, NOW THAT I GOT LUCKY AND THEY GAVE IT TO ME, FOR YOU TO SEE THAT I DON'T HAVE ANY MONEY, WHICH AS YOU KNOW IT TOO, IT HAS BEEN THE PURPOSE OF ALL OF THE INMATE REQUESTS FOR CERTIFIED TRUST FUNDS THAT I HAVE SEND IT TO YOU TOO, FOR YOU TO ASK THEM TO GIVE YOU MY INMATE ACCOUNT STATEMENT AND YOU KNOW IT TOO ALL ABOUT IT, SO I'LL BE GLAD TO HEAR FROM YOU SOON*

"THANK'S FOR YOUR TIME ON THIS MATTER AND FOR YOUR CONSIDERATION"

INMATE'S NAME # IVAN MENDEZ
S.B.I NUMBER # 453351
DATE OF BIRTH # 12/04/73
JUDGE'S NAME # JOSEPH J. FARNAN, JR.
DATE OF SENTENCE # N/A
NUMBER OF CASE # 1:06-CV-780



FILED
MAR 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scann

*BANGLES*
*(PAGE NUMBER TWO OF FIVE PAGES)*

02/25/07
06-780 (JJF)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Ivan Mendez_  SBI#: _453351_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _February 23, 2007_


FILED
MAR 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Attached are copies of your inmate account statement for the months of _August 1, 2006_ to _January 31, 2007_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Aug | (-9.55) |
| Sept | (-9.55) |
| Oct | (-9.55) |
| Nov | (-9.55) |
| Dec | (-9.55) |
| Jan | (-9.55) |

Average daily balances/6 months: _(-9.55)_

Attachments
CC: File

_Stacy Shane_
2/23/07

_Jeanette L. Havel_
2/23/07

## Individual Statement
### From August 2006 to December 2006

Date Printed: 2/23/2007

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | Beginning Month Balance: | ($9.55) |
| Current Location: | 18 | | Comments: | QOLP2 | | Ending Month Balance: | ($9.55) |

Page 1 of 2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 8/4/2006 | $0.00 | $0.00 | ($1.95) | ($9.55) | 301813 | | 7/31/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($3.65) | ($9.55) | 303740 | | INDIGENT 7/31/06 | |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($6.87) | ($9.55) | 303889 | | 8/3/06 | |
| Supplies-MailP | 8/11/2006 | $0.00 | $0.00 | ($1.95) | ($9.55) | 304919 | | 7/27/06 | |
| Supplies-MailP | 8/11/2006 | $0.00 | $0.00 | ($0.39) | ($9.55) | 304948 | | 8/1/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($3.51) | ($9.55) | 307086 | | 8/9/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($0.78) | ($9.55) | 308019 | | 8/10/06 | |
| Supplies-MailP | 8/17/2006 | $0.00 | $0.00 | ($2.73) | ($9.55) | 308022 | | 8/13/06 | |
| Supplies-MailP | 8/23/2006 | $0.00 | $0.00 | ($2.55) | ($9.55) | 309911 | | 8/21/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 315315 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($8.88) | ($9.55) | 315792 | | 8/28/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.35) | ($9.55) | 315796 | | 8/29/06 | |
| Supplies-MailP | 9/15/2006 | $0.00 | $0.00 | ($4.14) | ($9.55) | 320207 | | 9/5/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($5.46) | ($9.55) | 322270 | | 9/14/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($3.15) | ($9.55) | 322278 | | 9/18/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($5.22) | ($9.55) | 322827 | | 9/13/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($3.89) | ($9.55) | 323156 | | INDIGENT 9/6/06 | |
| Supplies-MailP | 9/27/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 324868 | | 9/25/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($7.15) | ($9.55) | 329774 | | 10/2/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.78) | ($9.55) | 329794 | | 9/29/06 | |
| Supplies-MailP | 10/13/2006 | $0.00 | $0.00 | ($3.57) | ($9.55) | 332032 | | INDIGENT 10/2/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($6.84) | ($9.55) | 333862 | | 10/09/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($2.55) | ($9.55) | 333887 | | 10/12/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($16.75) | ($9.55) | 333923 | | 10/07/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($5.61) | ($9.55) | 337398 | | 10/16/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($5.04) | ($9.55) | 337468 | | 10/13/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.39) | ($9.55) | 338688 | | 10/17/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 338704 | | 10/24/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($2.79) | ($9.55) | 338706 | | 10/18/06 | |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.87) | ($9.55) | 340519 | | 10/27/06 | |

02/25/07

(Page number three of five pages)
Original

Date Printed: 2/23/2007

## Individual Statement
### From August 2006 to December 2006

Page 2 of 2

| Type | Date | Amount | Balance | Ref # | Post Date | Note |
|---|---|---|---|---|---|---|
| Supplies-MailP | 11/3/2006 | $0.00 | ($2.07) | 342706 | 10/31/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | ($0.78) | 342792 | 10/25/06 | |
| Supplies-MailP | 11/15/2006 | $0.00 | ($3.62) | 346735 | | INDIGENT 10/30/06 |
| Supplies-MailP | 11/17/2006 | $0.00 | ($2.04) | 348025 | 11/10/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | ($0.39) | 348036 | 11/10/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | ($0.87) | 348037 | 11/07/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | ($1.35) | 348045 | 11/10/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | ($1.17) | 348082 | 11/7/06 | |
| Supplies-MailP | 12/5/2006 | $0.00 | ($5.91) | 354546 | 11/20/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | ($2.85) | 356160 | 12/5/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | ($4.20) | 356181 | 12/5/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | ($10.53) | 356244 | 11/28/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | ($3.84) | 356246 | 12/6/06 | |
| Supplies-MailP | 12/8/2006 | $0.00 | ($0.39) | 356298 | 12/1/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | ($2.34) | 359020 | 12/7/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | ($8.85) | 359071 | 12/10/06 | |
| Supplies-MailP | 12/13/2006 | $0.00 | ($1.56) | 359134 | 11/29/06 | |
| Supplies-MailP | 12/22/2006 | $0.00 | ($3.70) | 362936 | | INDIGENT 12/4/06 |

Ending Month Balance: ($9.55)

Total Amount Currently on Medical Hold:  $0.00
Total Amount Currently on Non-Medical Hold:  ($339.48)

[handwritten, upside down at bottom: 02/25/07]
[handwritten, upside down: DEEP PURPLE (PAGE NUMBER FOUR OF FIVE PAGES)]

# Individual Statement

Date Printed: 2/23/2007

## For Month of January 2007

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($9.55) |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |

Current Location: 18    Comments: QOLPC

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($4.68) | ($9.55) | 368923 | | 12/23/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368924 | | 12/25/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368958 | | 12/26/06 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($5.43) | ($9.55) | 370458 | | 1/2/07 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($5.55) | ($9.55) | 371246 | | 12/18/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($4.20) | ($9.55) | 373580 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373700 | | 1/3/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373701 | | 1/3/07 | |
| Supplies-MailP | 1/18/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 374813 | | INDIGENT 1/1/07 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($1.17) | ($9.55) | 375200 | | 12/12/06 | |

Ending Mth Balance: ($9.55)

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($339.48)

02/25/07

(page numbers five of five pages)
Enya

I/M IVAN MENDEZ
SBI# 453351     UNIT S. H.U. #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK RD.
SMYRNA, DELAWARE 19977

MR. JOSEPH FARNAN
U.S. DISTRICT COURT
844 N. KING ST., LOCKBOX 18
WILMINGTON DE. 1
19801-3570