IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
IVAN L. MENDEZ,                  :
                                 :
         Plaintiff,              :
                                 :
    v.                           : Civ. No. 06-780-JJF
                                 :
THIS CRIMINAL ORGANIZATION,      :
                                 :
         Defendant.              :
```

**O R D E R**

    WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

    WHEREAS, on February 20, 2007, the Court entered an Order denying leave to proceed in forma pauperis because Plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant Complaint does not allege an imminent threat of physical injury (D.I. 5);

    WHEREAS, on March 31, 2007, Plaintiff submitted a prison trust account statement, even though he had been denied in forma pauperis status (D.I. 6);

    WHEREAS, to date, payment has not been received from Plaintiff;

    THEREFORE, at Wilmington this 30 day of March, 2007, IT IS

HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED** **WITHOUT**

**PREJUDICE**.

                                                                                         */s/ Joseph J. Farnan, Jr.*
UNITED STATES DISTRICT JUDGE