SCORPIONS
(PAGE NUMBER ONE 1 OF 16 PAGES, PLUS TWO SHEETS OF AN APPLICATION TO PROCEED WITHOUT PREPAYMENTS OF FEES)

HONORABLE MR. JOSEPH, J. FARNAN,

MR. JOSEPH, I WRITE TO YOU ONCE AGAIN, HOPEFULLY THAT I DON'T BOTHER ANY OF YOUR BUSY TIME, BUT YOUR HONOR, HOW CAN YOU BE SO SARCASTIC ONCE AGAIN AS FOR YOUR ANSWER TO THE TRANSACTION NUMBER? 1:06-CV-794, MENDEZ VS. PENSYLVANIA STATE,; AS YOU HAVE SHUT IT DOWN THE TRANSACTION NUMBER; 1:06-CV-780, MENDEZ VS. THIS CRIMINAL ORGANISATION, 'CAUSE I DON'T HAVE MONEY OR ANY INCOME, IN ANY WAY, YOUR HONOR, I SEND YOU MY THREE INMATE ACCOUNT STATEMENTES FOR THE LAST SIX MONTHS, AND PLEASE SOON AS YOU MAKE COPIES OF THEM SEND IT TO WITH THE OTHER FORMS AND PAPERS TO THE FOLLOWING ADDRESS:

MR. JOHN ASHCROFT
US. ATTORNEY GENERAL
10 TH. N.W AND CONSTITUTION AVE
WASHINGTON D.C, 20530

RECEIVED
APR 03 2007

PLEASE ALL THE PAGES IN TOTAL ARE EIGHTEEN PAGES, AS YOU CAN SEE THAT THEY ARE LEGAL FORMS AND OTHERS (COPIES OF MY LEGAL PAPERWORK), AND YOU KNOW IT THE REASONS WHY I'M ASKING YOU TO SEND IT, AND MY PRESENT SITUATION, PLEASE MR. JOSEPH, SEND THEM, AND OUR HEAVENLY FATHER GOD SHALL BE GLORIFIED WITH YOUR ACT.

THANKS FOR YOUR TIME ON THIS MATTER AND FOR YOUR CONSIDERATION.

INMATE'S NAME # IVAN MENDEZ
S.B.I NUMBER # 453351
DATE OF BIRTH # 12/04/73
JUDGE'S NAME # MR. JOSEPH, J. FARNAN, JR.
DATE OF SENTENCE # PENDING
NUMBER OF CASE # 1:06-CV-794

03/28/07

II

US DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
JOINT TO BE USED AS A DISCLOSER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

Plaintiff # IVAN MENDEZ
S.B.I. NUMBER # 453351    (PAGE NUMBER 2 OF 16 PAGES)
ADDRESS # D.C.C. 1181 PADDOCK RD, SMYRNA DE. 19977

DEFENDANTS # 318-2001
LIST CAPTION AND CASE NUMBER OF YOUR OTHER CRIMINAL ORGANISATION
I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS (FROM YOU, DELAWARE, WASHINGTON D.C. AND PENSYLVANIA, AS YOU KNOW IT TOO
YOU KNOW IT TOO, THAT IT HAS BEEN 2 YEARS WAITING FOR THOSE ANSWERS.
THERE A DISTONISER GRIEVANCE #                    NO
HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES #    (YES)    NO
WHAT STEPS DO YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO
COUNT WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO ALL ABOUT IT.
NAME OF DEFENDANTS # THIS CRIMINAL ORGANISATION
EMPLOYED AS A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS
ADDRESS # AS YOU KNOW IT TOO ALL THE ADDRESSES

LAWSUITS # HONORABLE US. ATTORNEY GENERAL, AS YOU KNOW IT TOO THIS INFORMATION WHICH IS MATTER OF FACT
LEGAL FORMS AND LETTERS (FROM YOU, DELAWARE, WASHINGTON, AS YOU KNOW IT TOO, SAME AS...)

X-RAYS -
DELAWARE PSYCHIATRIC CENTER
1901 W. DUPONT HWY., 0N 07/14/04
NEW CASTLE DE. 19720
ST. FRANCIS HOSPITAL
7TH AND CLAYTON ST.
SUITE # 506    0N 07/14/04
WILMINGTON DE. 19801
DELAWARE CORR. CENTER    0N 04/21/06
1181 PADDOCK RD.
SMYRNA DE. 19977

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE # 03/28/07

SIGNATURE # IVAN MENDEZ

US DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(WANTED BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

03/28/07

III

PLAINTIFF # IVAN MENDEZ

( PAGE NUMBER 3 OF 6 PAGES )

BLINA

3.B.I NUMBER # 453351
ADDRESS # D.C.C. (UT) ADDRACK RD, GUNARD DC. 19477

ASE NUMBER # 36-2001

FIRST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS, AS YOU KNOW IT TOO THIS INFORMATION WHICH IN MATTER OF FACT I'M STILL WAT HAS FOR THE RESULTS OF ALL OF THE LEGAL FORMS AND LETTERS FROM YOU, DELAWARE WASHINGTON D.C. AND PENNSYLVANIA AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT I F HAS BEEN YEARS WAITING FOR THOSE ANSWERS,

DEFENDANT # S # THE CRIMINAL ORGANISATION

ARE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # (YES) NO AD

WHAT STEPS DID YOUR INMATE # THE LEGAL STEPS AS YOU KNOW IT TOO.

WHAT WAS THE RESULT # NEGABLE AS YOU KNOW IT TOO, AIR ABOUT IT.

AME OF DEFENDANTS # THIS CRIMINAL ORGANISATION

EMPLOYED AS A # AS YOU KNOW IT TOO THUK 2.085 AND POSITIONS

ADDRESS # AS YOU KNOW IT TOO ALL THE ADDRESSES!

STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE, U.S. COURT OF APPEALS, AS YOU KNOW IT TOO, ALL OF THE GROUNDS FACTS AND EVERYTHING, WHICH IN MATTER, OF FACT I'M STILL W WAITING FOR THE RESULTS OF AN OF ALL THE LEGAL FORMS AND LETTERS FROM YOU, DELAWARE, WASHINGTON DC AND PENNSYLVANIA AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT H BEEN YEARS WAITING FOR THOSE ANSWERS, AND ONCE AGAIN I SEND YOU SOME REDACTED COPIES OF SOME OF THE LEGAL PAPERWORK AND SOME MEDICAL RECORDS THAT I'M STILL WAI LEFT OF MY POSSESSION, THIS CRIMINAL ORGANISATION HAS ALR STOLEN OR TAKEN FROM ME AS YOU KNOW IT TOO, AND ONCE AGAIN I SEND YOU THE ADDRESSES AND NAMES OF SOME OF THE PEOPLE INVOLVED ON THAT MESS, KIT AND RUN OF WHICH I HAVE BEEN VICTIM BACK ON 1983, WHICH LEFT ME DISABLE, OF BOTH OF MY LEGS FOR THE REST OF LIFE AND POSITION, INJURED AND DAMAGED OF OTHER PARTS OF MY BODY, AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE DATAS AND ADDRESSES OF THE X-RAYS BOTH ORCOW LEG, WHERE YOU CAN SEE THE PINS SCREWS AND METALLIC PLATES HOLDING MY BROKEN BONES ON BOTH LEGS AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YO ONCE AGAIN THE NAMES AND ADDRESSES OF THE PEOPLE INVOLVED ON THAT R.U.L WARRANT, AS YOU KNOW IT TOO ALL ABOUT IT?
"HIT AND RUN"
X-RAYS

OFFICERS

XX MILLER # 051        DRONA CITY POLICE DEPT.
J WELCH # 54C         2180 LEGRAND AVE.
HAL SANDERS # 58C     DRONA UTAH, 84401
HANS CARTER # 28      OGDEN POLICE DEPT
W PLATT # 54          2549 WASHINGTON BLVD.
MIS PERSON # 5RC      OGDEN UTAH, 84401

THE MCKAY-DEE HOSPITAL
4401 HARRISON BLVD.
OGDEN UTAH, 84403

DELAWARE PSYCHIATRIC CENTER
HON N. DUPONT HWY. ON 07/14/04
NEW CASTLE DR. 19720

ST. FRANCIS HOSPITAL
7TH AND CLAYTON ST.
SUITE # 50X    ON 07/14/04
WILMINGTON DE. 19804

DELAWARE CORR. CENTER
HU PADDOCK RD.     ON 04/21/06
SMYRNA DE 19477

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

SAME KNOW WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE, U.S. COURT OF APPEALS, AS YOU KNOW IT TOO THIS INFORMATION.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE # 03/28/07

SIGNATURE # IVAN MENDEZ

D.U.L WARRANT ".

4TH DISTRICT COURT
1255AL, 100 W.
PROVO UTAH, 84601

PROVO CITY POLICE DEPT.
BOX 1849
PROVO UTAH, 84603

425. ROUE TL TRYCE
7205. MAIN ST.
APT # 5
LOGAN UTAH, 84561

03/28/07

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

PLAINTIFF # IVAN MENDEZ    (PAGE NUMBER 4 OR 16 PAGES)
S.B.I NUMBER # 453351
ADDRESS # OCC 1181 PADDOCK RD, SMYRNA DE, 19977
CASE NUMBER # 316-2001

DEFENDANTS # THIS CRIMINAL ORGANISATION

...

I DECLARE UNDER PENALTY OR PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE # 03/28/07

SIGNATURE # IVAN MENDEZ

03/28/07

EX. I

PLAINTIFF # IVAN MENDEZ ___455355 ( JAIL NUMBER __(DALL NUMBER) DIXIE (HICKS 8 OF 16 PAGES)
6.1 NUMBER # U.C.F. 1161 DANOGA RD. SANARUA UT. 14427
ADDRESS # U.C.F. 1161 DANOGA RD. SANARUA UT. 14427

US. DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA
SWORN TO BE USED BY A PRISONER IN FILLING A COMPLANT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

DEFENDANTS # THIS CRIMINAL ORGANISATION

1ST CAPTION AND CASE NUMBER OF YOUR 8 THESE LAWSUITS # HONORABLE US. SUPREME COURT. AS YOU KNOW IT TOO THIS INFORMATION WHICH IN MATTER OF FACT IM STILL WRITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU DELAWARE, WASHINGTON D.C. AND PENSYLVANNIA, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN 8 YEARS WRITING FOR THOSE ANSWERS.

HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMARKS # YES [X] NO [ ]

WHAT STEP AND YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO

WHAT WAS THE RESULT IN NEGATIVE AS YOU KNOW IT TOO ALL ABOUT IT

NAME OF DEFENDANTS # THIS CRIMINAL ORGANISATION

EMPLOYED AS # AS YOU KNOW IT TOO ALL THE DISPOSITIONS

ADDRESS # AS YOU KNOW IT TOO ALL THE CRUEL ORGANISATIONS

STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE US. SUPREME COURT, AS YOU KNOW IT TOO, ALL OF THE GROUNDS, FACES AND EVERYTHING, LUVULUA, MATTER OF FACT IM
WRITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, DELAWARE, WASHINGTON D.C. AND PENSYLVANNIA, AS YOU KNOW IT TOO, SAME AS YOU KNOW
IT TOO, THAT IT HAS BEEN 8 YEARS WRITING FOR THOSE ANSWERS ALSO ONCE AGAIN I SEND 200 SOME ADDRESSES WASHINGTON D.C. AND PENSYLVANNIA, SOME OF MY LEGAL PROBLEMS AND WORK ALSO
SOME MEDICAL REPORTS THAT IM STILL HAVING FOR THOSE ADDRESSES AND ONCE AGAIN I SEND 200 SOME IN MY POSSESSIONS AND THAT CRIMINAL ORGANISATION WAS NOT STOLEN OF TAKEN FROM ME AS YOU KNOW IT TOO
WHICH I LEFT ALL DISABLED SO THAT THE ADDRESSES AND NAMES OF SOME OF THE PEOPLE INVOLVING OF THAT NASTY HIT AND RUN OF WHICH I HAVE BEEN VICTIM BACK ON 0496
THE NAMES AND ADDRESSES OF THE 8 TONS OF 2 BROKEN BUS OF MY LIFE AND DISABLING AND RUNNING AND VANGING OF OTHER PARTS OF MY BODY AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU CUSTOM
THE NAMES AND ADDRESSES OF BOTH OF MY LEGS CAUSING AND SEE THE BUS, SEATS AND HITMATIC VICTIM HOLDING MY BROKEN BONES ON BOTH LEGS AS YOU KNOW IT TOO ALL ABOUT IT.
ALSO I SEND YOU ONCE AGAIN THE NAMES AND ADDRESSES OF THE PEOPLE INVOLVING OF THAT D.U.I. WARRANT AS YOU KNOW IT TOO ALL ABOUT IT.

1-X-RAYS-                                    -A-D.U.I WARRANT-
DELAWARE PSYCHIATRIC CENTER        4TH. DISTRICT COURT
1901 N. DUPONT HWY.  ON 07/14/06    125 N. 100W.
NEW CASTLE DE. 19720                PROVO UTAH. 84601
                                    PROVO CITY POLICE DEPT.
ST. FRANCIS HOSPITAL                BOX 1849
7TH AND CLAYTON ST.  ON 07/14/06    PROVO UTAH. 84603
SUITE # 50C                         MS. ANNETTE LOPEZ
WILMINGTON DE. 19801                720 S. MAIN ST.
                                    APT. #5
DELAWARE CARE CENTER               PROVO UTAH. 84601
1181 DANOGA RD. ON 04/21/06
SANARUA UT. 14427

OFFICERS
# NICK HALLISK  # 251    PROVO CITY POLICE DEPT.
# RT WISEOUTH # 50C       2781 IWORD AVE.
# MIKE SAUERS # 589       PROVO UTAH. 84601
# CHRIS EAST # 273
# LT. PETERZ # 689        PROVO POLICE DEPT.
# LT. WES PEDERSON # 520  2849 WORKMAN BLVD.
                          PROVO UTAH. 84603

THEE MCKAY-DEE HOSPITAL
4401 HARRISON BLVD.
PROVO UTAH. 84403

STATE BRIEFLY WHAT YOU WANT THE COURTS TO DO FOR YOU # HONORABLE US. SUPREME COURT, AS YOU KNOW IT TOO, THIS INFORMATION

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE # 03/28/07

SIGNATURE # IVAN MENDEZ

03/28/07

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(ROOM TO BE USED FOR A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

PLAINTIFF # IVAN MENDEZ  (PAGE NUMBER 6 OF 6 PAGES)   ELTON SIMON
S.B.I. NUMBER # 453355
ADDRESS # D.C. 1181 PADDOCK RD. SMYRNA D. 19477
CASE NUMBER # 318-2061
DEFENDANTS # THIS CRIMINAL ORGANIZATION

USE CAPITAL AND CASE NUMBER OF YOUR OTHER LAWSUITS # HONORABLE, U.S. COURT OF FEDERAL CLAIMS, AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WASTING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, DELAWARE, WASHINGTON D.C. AND PENNSYLVANIA AS YOU KNOW IT TOO, SAME AS YOU KNOW
IT TOO, THAT IT HAS BEEN 3 YEARS WAITING FOR THOSE ANSWERS.
IS THERE A PRISONER ASSISTANCE # (YES) NO
HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # (YES) NO
LAWYER STEPS DID YOU TAKE # THE LEGAL STEP AS YOU KNOW IT TOO
LAWYER WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO ALL ABOUT IT
NAME OF DEFENDANTS # THIS CRIMINAL ORGANIZATION
EMPLOYED AS A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS
ADDRESS # AS YOU KNOW IT TOO ALL THE ADDRESSES

STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE, U.S. COURT OF FEDERAL CLAIMS, AS YOU KNOW IT TOO ALL THE REASONS FACES AND EVERYTHING, WHICH IN MATTER OF FACT
I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS, FROM YOU, DELAWARE, WASHINGTON D.C. AND PENNSYLVANIA, AS YOU KNOW IT TOO, SAME AS YOU KNOW
IT TOO, THAT IT HAS BEEN 3 YEARS WAITING FOR THOSE ANSWERS AND ONCE AGAIN I SEND YOU SOME ATTACHED COPIES OF SOME OF MY LEGAL PAPERWORK AND SOME MORE
PROOFS THAT I'M STILL WAITING FOR AND THIS POSSESSION AND THIS CRIMINAL ORGANIZATION HAS NOT STOLEN OR TAKEN FROM ME AS YOU KNOW IT TOO, AND ONCE AGAIN I SEND YOU THE
... NAMES LEFT ON MY POSSESSION AND THE PEOPLE INVOLVED OR TAKE PART IN OR WHICH I HAVE BEEN VICTIM BACK ON 1998 WHICH I'M STILL WAITING OF
BOTH OF MY LIFE AND MURDER AND DAMAGED OF OTHER PARTS OF MY BODY AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE
NAMES AND ADDRESSES OF THE X-RAYS OF MY BROKEN BONES ON BOTH FEET AS YOU
IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE NAMES AND ADDRESSES OF THE PEOPLE INVOLVED ON THAT D.O.I. WARRANT AS YOU KNOW IT TOO ALL ABOUT IT #

** D.O.I. WARRANT **
4TH DISTRICT COURT
125 N. 100 W.
PROVO UTAH, 84601

** X-RAYS **
DELAWARE PSYCHIATRIC CENTER
1901 N. DUPONT HWY.
NEW CASTLE DE. 19720   ON 07/14/04

PROVO ORG. POLICE DEPT.
BOX 1849
PROVO UTAH, 84603

ST. FRANCIS HOSPITAL
7TH AND CLAYTON ST.
SUITE # 506   ON 07/14/04
WILMINGTON DE. 19801

MS. ANNETTE LOPEZ
720 S. MAIN ST.
APT. #5
PROVO UTAH, 84321

DELAWARE CORR. CENTER
1181 PADDOCK RD.   ON 04/21/02
SMYRNA DE. 19477

OFFICERS
RICK WALKER # 651   PROVO CITY POLICE DEPT.
2186 LINCOLN AVE.
PROVO UTAH, 84404

SART WELDITH # 590   OGDEN POLICE DEPT.
OGDEN UTAH, 84404

NILES SANTOS # 585   OGDEN POLICE DEPT.
OGDEN UTAH, 84404

JAMES GENT # 128
LEN POTTER # 549   THE MCCULLY-DEE ... CENTER
IT WAS PETTIGREW # 520   4401 HARRISON BLVD.
OGDEN UTAH, 84403

STATE BRIEFLY WHAT YOU WANT THE COURT TO DO FOR YOU # HONORABLE, U.S. COURT OF FEDERAL CLAIMS, AS YOU KNOW IT TOO THIS INFORMATION,

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE # 03/28/07

SIGNATURE # IVAN MENDEZ

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 U.S.C. 1983.

PLAINTIFF # IVAN MENDEZ   (PAGE NUMBER 8 OF 16 PAGES)
S.B.I NUMBER # 455851
ADDRESS # D.C.C. 1181 PADDOCK RD. SMYRNA DE. 19977

DEFENDANTS # THIS CRIMINAL ORGANIZATION
CASE NUMBER # SB5-2001
1ST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS # HONORABLE HUMAN RIGHTS WATCH, AS YOU KNOW IT TOO THIS INFORMATION WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS, FROM YOU DELAWARE, WASHINGTON D.C. AND PENNSYLVANIA, AS YOU KNOW IT TOO.
SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
IS THERE A PREVIOUS GRIEVANCE #   (YES)   NO
HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES #   (YES)   NO
WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO
WHAT WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO ALL ABOUT IT
NAME OF DEFENDANTS # THIS CRIMINAL ORGANIZATION AND POSITIONS
ADDRESS # AS YOU KNOW IT TOO, THESE DATES AND ADDRESSES
STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE HUMAN RIGHTS WATCH, AS YOU KNOW IT TOO. ALL OF THE FACTS AND EVERY THING, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS, FROM YOU DELAWARE, WASHINGTON D.C. AND PENNSYLVANIA, AS YOU KNOW IT TOO...

R. U. I WARRANT?

- STATE BRIEFLY WHAT YOU WANT THE COURTS TO DO FOR YOU # HONORABLE HUMAN RIGHTS WATCH, AS YOU KNOW IT TOO THIS INFORMATION.

- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

- DATE # 03/28/07

- SIGNATURE # IVAN MENDEZ

US District Court
for the District of Columbia
Form to be used by a prisoner in filing a complaint
under the Civil Rights Act 42 USC 1983

03/28/07
VIII

Plaintiff # Ivan Mendez
S.B.I. Number # 453351          (Juan Osmond)
Address # D.C.C. 1181 Paddock Rd, Smyrna DE. 19977    (page number 8 of 6 pages)
Case Number # 312-2001

Defendants # The criminal organization
first caption and cross number of your other lawsuits # Honorable A.C.L.U. prison project, as you know it too, this information, lawyer in matter of fact I'm
still writing for the answers of all of my legal forms and letters from you, Delaware, D.C, and Pennsylvania, as you know it too, so as
as you know it too, that it has been by 1983 writing for those organizations
is there a prisoner grievance #  (yes)  no
have you exhausted your administrative remedies # (yes) no
what steps did you take? the legal steps as you know it too, all about it
what was the result # negative as you know it too, about it
name of defendants # this criminal organization
employed as a # # as you know it too their cross and positions
address # as you know it too all the addresses

state benefits the facts of your case # Honorable, A.C.L.U. prison project, as you know it too, all of the grounds, facts and even their various american matters of
fact I'm still writing for the answers of all of my legal forms and letters from you Delaware, Washington D.C, and Pennsylvania, as you know it too, I too, began and
as you know it too that it was begun before, writing for those inquiries, and once again I send you some reduced copies of some of my legal paperwork and
social inequal records that I'm still having, kept on my possession and, this criminal organization has not stolen or taken from me as you know it too once again, I
once again I send you the addresses and names of some of the profit involving on that nasty, kind and run of which I have been victim back on 2005
which I am the disable I too both of my life for the rest of my life and disabled injured and damaged of these parts of my body as you know about it too all
about it, and I send you once again the names and addresses of the X-rays of both of my legs, which you can see the pins, screws and metal
plates, working in broken bones on both legs as you know it too, all about it too
that Q.U.I. warrant as you know it too all about it. —

v. warrant run —
officers
     #       officers                      " X-Rays "                              v. Q.U.I. warrant "
ick Whitel # C51        Cooper City police dept,      Delaware psychiatric center        4th District Court
n welotin # 59C          2141 Lincoln Ave,              Rom. N. Dupont Hwing, on 07/14/04    125 N. 100W,
i Santos # 536           Cooper Utah, 84601             New Castle De. 19720               Provo Utah, 84601
imes, Rock # 123         Cooper Police Dept,          St. Francis Hospital               Provo City Police Dept.
n Petro # 544            2544 Warsaw Ave Blvd,        7th and Clayton St,  on 07/14/04      Box 1544
Luis Pedrosa #520        Cooper Utah, 84601            Suite # 504                        Provo Utah, 84603
                          The McCray-Dole hospital      Wilmington DE 19801                Ms Annette Lopez
                          4401 Madison Blvd,           Delaware Corp. center              720 S. Main St.
                          Cooper Utah, 84603            1181 Paddock Rd,  on 04/21/06      Apt. #5
                                                       Smyrna DE, 19977                   Provo Utah, 84521

state officials under penalty of perjury that the above information is true and correct.

State officials what you want the courts do for you # Honorable, A.C.L.U. prison project, as you know it too, this information

— Date # 03/28/07

— Signature # Ivan Mendez

03/28/07

IX

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

PLAINTIFF # IVAN MENDEZ   (PAGE NUMBER 9 OF 16 PAGES)
R.D. SANTANA DI, 19477

CIVIL NUMBER # 4S335I
ADDRESS # D.C.C. 1181 PADDOCK
CASE NUMBER # 314-2001
DEFENDANTS # THIS CRIMINAL ORGANISATION

HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES #  (YES)

... I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

- DATE # 03/28/07

SIGNATURE # IVAN MENDEZ

US. DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA
ROOM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

03/28/07

PLAINTIFF # IVAN MENDEZ        (ARCE NUMBER 10 OF 16 PAGES)
S.B.I NUMBER # 453357
ADDRESS & D.C.C. 1181 PADDOCK RD. SMYRNA DT. 19977
CASE NUMBER # 815 ZCCH
DEFENDANTS # THIS CRIMINAL ORGANISATION

...

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE # 03/28/07        SIGNATURE # IVAN MENDEZ

03/28/07

Jim Morrison
(Case Number 8 for 6 Pages)

(3).- The victim advised she had just been stabbed by a white male, (4).- The victim could only describe the suspect as a white male, with a thick black mustache, wearing a black hat, (4).- The suspect took her property and fled.

EXHIBIT B AFFIDAVIT OF PROBABLE CAUSE

EXHIBIT B STATEMENT OF PROBABLE CAUSE - (CONTINUED)

2). - w/z PAT BROCHWAY, DESCRIBE THE SUSPECT AS A WHITE MALE.

INITIAL CRIME REPORT

REPORT DATE: 12/21/00), SUSPECT/DEFENDANT INFORMATION: (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGINS: NON-HISPANIC), (FACIAL HAIR: THICK MUSTACHE), (ARMED WITH: ILLEGAL CUTTING INSTRUMENT).

SUPPLEMENTAL REPORT #1
ORIGINAL SUSPECT/DEFENDANT INFORMATION: (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGINS: NON-HISPANIC), (FACIAL HAIR: THICK MUSTACHE).
MODIFIED SUSPECT/DEFENDANT INFORMATION: (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGINS: HISPANIC), (RESIDENT STATUS: NON-RESIDENT), (FACIAL HAIR: THICK MUSTACHE), (ARMED WITH: ILLEGAL CUTTING INSTRUMENT).

SUPPLEMENTAL REPORT #2
ORIGINAL SUSPECT/DEFENDANT INFORMATION: (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGINS: NON-HISPANIC), (FACIAL HAIR: THICK MUSTACHE).
ORIGINAL SUSPECT/DEFENDANT INFORMATION: (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGINS: HISPANIC), (FACIAL HAIR: THICK MUSTACHE).
MODIFIED SUSPECT/DEFENDANT INFORMATION: (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGINS: HISPANIC), (FACIAL HAIR: THICK MUSTACHE), (RESIDENT STATUS: NON-RESIDENT), (ARMED WITH: ILLEGAL CUTTING INSTRUMENT).

SUPPLEMENTAL REPORT #3
ORIGINAL SUSPECT/DEFENDANT INFORMATION: (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGINS: NON-HISPANIC), (FACIAL HAIR: THICK MUSTACHE).

INITIAL CRIME REPORT
REPORT DATE: 12/21/2000), SUSPECT/DEFENDANT INFORMATION: (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGINS: HISPANIC), (RESIDENT STATUS: NON-RESIDENT), (FACIAL HAIR: THICK MUSTACHE), (ARMED WITH: UNKNOWN).

STATEMENTS OF WITNESSES
STATEMENT OF WITNESS 002 - PAT BROCHWAY, OBSERVED A WHITE MALE.
CRIMES AND ASSOCIATED INFORMATION
WAS A WHITE MALE WITH A BLACK HAT.

QUESTION: NARRATIVE: (THE ONLY DESCRIPTION OF THE SUSPECT WAS A WHITE MALE WITH A BLACK HAT.

INVESTIGATIVE/NARRATIVE CONTINUED
STATEMENT OF VICTIM 001 - INITIAL READ: (THE VICTIM DESCRIBED THE SUSPECT AS A WHITE'S MALE WITH A THICK BLACK MUSTACHE. THE ONLY CLOTHING DESCRIPTION. THE VICTIM COULD OVER WAS A BLACK KNIT HAT ON HIS HEAD, THE SUSPECT TOOK HER PROPERTY AND FLED.)

SUPPLEMENTAL REPORT #3
QUESTION: NARRATIVE: (I ASKED THE VICTIM, IF SHE HAD SEEN THE SUSPECT, AND SHE STATED THAT SHE DID NOT GET A VERY GOOD LOOK AT HIM, THE VICTIM STATED THAT SHE DID KNOW THAT THE SUSPECT WAS A WHITE MALE,).

US DISTRICT COURT ANSWER
TRANSCRIPTS OF PROCEEDINGS FOR GUILTY PLEA

_____, DESCRIBED THE ROBBER AS A WHITE MAN.

AFTISIA READ, THE VICTIM DESCRIBED HIM AS A WHITE MALE.

SHE FURTHER DESCRIBED HIM AS A WHITE MALE.    TRANSCRIPTS OF PROCEEDINGS FOR NATURE OF DEFENSE AT TRIAL

_____ DESCRIBES HIM AS A WHITE MALE.    TRANSCRIPTS OF PROCEEDINGS FOR SENTENCING

(PLEASE TURN PAGE TO PAGE NUMBER)

03/28/07
XII

(NAME, NUMBER, OF _6_ PAGES)
RE COURT: VERY WELL. I HAVE HAD THE OPPORTUNITY TO OBSERVE MR. MENDEZ.

TRANSCRIPTS OF PROCEEDINGS FOR GUILTY PLEA

TRANSCRIPTS OF PROCEEDINGS FOR NATURE OF DEFENSE AT TRIAL

2 DUPLE. STONES. OBSECURATION OF THE DEFENDANT.

TRANSCRIPTS OF PROCEEDINGS FOR SENTENCING

5. SOMTHE: MR. MENDEZ IS INITIALLY FROM MEXICO ARE NOT IF THIS COURT IS AWARE THERE IS A SPANISH COMMUNITY IN WILMINGTON, THE COURT: HOWEVER IT LOOKS LIKE EAS IS THE LIKELIHOOD, HE IS GOING TO BE DEPORTED, MRS. TSHATES: BY THE TIME, HE FINISHES THE TERM STATUS, THE I.N.S IS GOING TO DEPORT HIM IT APPEARS, MR. MENDEZ, HE HAS COME FROM GONE (RECENTLY FROM) BETWEEN MEXICO AND UNITED STATES, THE COURT: I HAVE OBSERVED THE DEFENDANT, AND THE FACT THAT MR. MENDEZ MAY BE DEPORTED TO MEXICO

DEF: 12/21/01) (SEX: MALE) (RACE: WHITE). (SMT: SCAR LEFT LEG, SCAR RIGHT LEG). (CLIENT STATUS SHEET

(CLIENT STATUS SHEET
DEF: 06/15/2001) (SEX MALE), (RACE: WHITE), (SMT: SCAR LEFT LEG, SCAR RIGHT LEG).

CLIENT STATUS SHEET
RE: 06/20/2001) (SEX: MALE) (RACE: WHITE), (SMT: SCAR LEFT LEG, (SCAR RIGHT LEG).

SUPPLEMENTAL REPORT #1

TNESS INFORMATION 1 (NAME, NAME DATA), (SEX: MALE), (RACE: WHITE).

EMERGENCY ROOM SUMMARY ORIGINAL

ELF COMPLAINT: THE PATIENT IS A 18 YEAR OLD WHITE FEMALE).

SUPPLEMENTAL REPORT #5
HINAL VICTIM INFORMATION: (NAME: ABEO (ABISHA), (SEX FEMALE), (RACE: WHITE), (ETHNIC ORIGIN: NON-HISPANIC).

SURRENDE COURT ORDER

ENDEZ, COUNSEL RESECTS THAT BASED UPON A COMPLETE AND CAREFUL EXAMINATION OF THE RECORD THERE ARE NO ARGUABLY APPROPRIATE ISSUES, MENDEZ DID NOT SUBMIT ANY HS TO HIS COUNSEL, FOR THIS COURTS CONSIDERATION (A)-THE COURT MUST BE SATISFIED THAT DEFENSE COUNSEL HAS MADE A CONSCIENTIOUS INVESTIGATION OF THE RECORD AND THE CLAIMS, (B)-THE COURT MUST CONDUCT ITS OWN REVIEW OF THE RECORD AND DETERMINE IF THE APPEAL IS DEVOID (4). THE COURT HAS REVIEWED THE RECORD AND WAS SATISFIED THAT MENDEZ APPEAL IS DEVOID, WE ARE SATISFIED THAT MENDEZ COUNSEL WAS MADE A CONSCIENTIOUS EFFORT TO EXAMINING THE RECORD AND WAS DETERMINING THAT MENDEZ, COULD NOT RAISE A MERITORIOUS CLAIM ON THIS APPEAL.

STATE'S RESPONSE TO RULE 26 (C) BRIEF
1)-THIS COURT MUST BE SATISFIED THAT DEFENSE COUNSEL HAS IN FACT MADE A CONSCIENTIOUS EXAMINATION OF THE RECORD AND LAW FOR ARGUABLE CLAIMS, (B)-THIS COURT MUST DUCT ITS OWN REVIEW OF THE RECORD AND DETERMINE THAT THE APPEAL IS DEVOID, (3)- DEFENSE COUNSEL STATES THAT I HAVE DILIGENTLY SEARCHED THE RECORD WITHOUT THE LETE TRANSCRIPT AND HAVE BEEN UNABLE TO FIND ANY MERITORIOUS ISSUE TO BE RAISED ON APPEAL" (ZAMARRA, 2, 2002 STATEMENT OF COUNSEL), MENDEZ WAS NOT TRANSMITTED THIS USS FOR REVIEW.

AS YOU KNOW IT TOO, ALL THE STATEMENTS GROUNDS AND FACTS, SO I'LL BE GLAD TO HEAR FROM YOU SOON*

US. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

XIII
XIII

1- PLAINTIFF # IVAN MENDEZ
2. CASE NUMBER # 318-2001
3. DEFENDANTS # THIS CRIMINAL ORGANISATION
4. MOTION TO PROCEED IN FORMA PAUPERIS

(HYNRO SKINIED)
(PAGE NUMBER 13 (OF 16 PAGES)

5- COMES NOW THE # PLAINTIFF AND RESPECTFULLY REQUESTS THIS HONORABLE COURT, TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS : FOR ANOTHER CIVIL RIGHTS COMPLAINT.
6- SIGNATURE # IVAN MENDEZ
7- PRINTED NAME # IVAN MENDEZ
8- ADDRESS # D.C.C. 1181 PADDOCK RD. SMYRNA DE. 19977
9- HOME PHONE NUMBER # N/A
10- BUSSINES PHONE NUMBER # N/A
11. CERTIFICATE OF SERVICE
12. I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 03/28/07
13- TO # US. DISTRICT COURT
14- NAME # US. DISTRICT COURT
15. ADDRESS # 844 N. KING ST. LOCKBOX 18, WILMINGTON DE. 19801
16. NAME # US. DISTRICT COURT
17- ADDRESS # INDEPENDENCE MALL WEST, 601 MARKET ST. PHILADELPHIA PA. 19106
18- SIGNATURE # IVAN MENDEZ
19. POINTS AND AUTHORITIES
20- WRITTE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, DELAWARE, WASHINGTON D.C, AND PENSYLVANIA.

21- SIGNATURE # IVAN MENDEZ

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT

03/28/07

METALLICA
(PAGE NUMBER 14 OF 16 PAGES)

XIV

1- PLAINTIFF# IVAN MENDEZ
2 CASE NUMBER # 318-2001
3- DEFENDANTS # THIS CRIMINAL ORGANISATION
4. I AM THE PLAINTIFF UNDER 28 USC 1915 I'm UNABLE TO PAY THE COSTS OF THIS COMPLAINT.      (YES)   NO
5. ARE YOU CURRENTLY INCARCERATED #
6. IF YES GIVE THE PLACE OF YOUR INCARCERATION # S.C.I IN GEORGETOWN DE.
7. ARE YOU EMPLOYED AT THE INSTITUTION #        YES (NO)
8. DO YOU RECEIVE ANY PAYMENT FROM THE INSTITUTION #        YES   (NO)
9. ARE YOU CURRENTLY EMPLOYED #        YES   (NO)
10- NAME AND ADDRESS OF EMPLOY ER # MR. SAMMY CONHO. AT LONGO FUNERAL HOME. 2901 W. 2ND ST. WILMINGTON DE. 19805
11.- TOTAL MONTHLY AMOUNT OF SALARY # $ 1,600 OR 2,000
12. DATE LAST EMPLOYED # OCT. OR NOV. OF 2000
13- TOTAL AMOUNT OF SALARY LAST RECEIVED # $ 1,600 OR 2,000
14- HAVE YOU RECEIVED ANY MONEY WITHIN THE LAST 12 MONTHS #        YES   (NO)
15- IF YES DESCRIBE EACH SOURCE OF MONEY #
16.- DO YOU HAVE CASH CHECKING OR SAVINGS ACCOUNT #        YES   (NO)
17- IF YES STATE THE TOTAL AMOUNT #
18.- DO YOU OWN ANY VALUABLE PROPERTY #        YES  NO
19.- IF YES DESCRIBE THE PROPERTY AND HIS VALUE #
20. LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # MY BELOVED FAMILY AND SOME RELATIVES.
21.- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
22. DATE # 03/28/07
23- SIGNATURE # IVAN MENDEZ

GENERAL REQUEST FORM

NEIL DIAMOND
(PAGE NUMBER 15 OF 16 PAGES)

BLOCK # S.H.U #18
Cell # BL-3

THIS ARE THE FORMS THAT I NEED #
(42 USC 1983) TWENTY CIVIL RIGHTS COMPLAINTS FORMS.
(28 USC 2254) TWENTY HABEAS CORPUS PETITIONS.
(A8 200) TWENTY REQUESTS FOR MEDICAL RECORDS FORMS.
(TWENTY APPLICATIONS IN FORMA PAUPERS)
(TWENTY APPLICATIONS WITHOUT PREPAYMENTS OF FEES)
(ALL THE PAPER AND INK PENS, THAT YOU MAY WANT TO DONATE TO ME)

THANK'S AND GOD BLESS YOU

NAME # IVAN MENDEZ                 S.B.I # 453351              DATE # 03/28/07
DATE RECEIVED #                                PAY TO 104 #
DATE SENT #                                    STAFF INITIALS #
STAFF NOTES #

INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD

**XVI**

OZZY OSBOURNE
(PAGE NUMBER 16 OF 16 PAGES)

TO: MRS. TONYA SMITH
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE, 19977

DATE # __03/28/07__

PLAN # _____ IVAN MENDEZ _____
INMATE NAME

453351
S.B.I #

—— I HEREBY CERTIFY ——

PURSUANT TO PRISON LITIGATION REFORM ACT 28 USC 1915 (a)(2)
EFFECTIVE APRIL 26 1996. I AM REQUESTING A CERTIFIED STATEMENT OF MY INST. TRUST.
FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

_____ IVAN MENDEZ _____
SIGNATURE

28 USC 1746   (R.V)        18 USC 1621

AO 240 (Rev 10/03)
DELAWARE (Rev 5/06)

(EXTRA PAGE NUMBER 16A OF 16 PAGES)

XVIA

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

IVAN MENDEZ
_____
Plaintiff

V.

PENNSYLVANIA STATE
_____
Defendant(s)

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:    06-794 JJF

I, PLAINTIFF _____ declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant      ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915,  I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No" go to Question 2)

If "YES" state the place of your incarceration S.C.I. IN GEORGETOWN DE. _____

Inmate Identification Number (Required): 483351 _____

Are you employed at the institution? NO   Do you receive any payment from the institution? NO

*Attach a ledger sheet from the institution of your incarceration detailing all transactions over the past six months.*

2.    Are you currently employed?    ☐ Yes    ☒ No

   a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your  employer.

DATE (LAST EMPLOYED)    b.    If the answer is "NO" state the date of your last employment, the amount of your take-home
OCT. OR NOV. 2000          salary or wages and pay period and the name and address of your last employer.
MR. SAMMY CONGO AT CONGO FUNERAL HOME, 2901 N. 2ND ST. WILMINGTON DE. 19805 , $1,600 ON $2,000

3.    In the past 12 twelve months have you received any money from any of the following sources?  (

|    | | Yes | No |
|----|---------------------------------------------------|:---:|:---:|
| a. | Business, profession or other self-employment     | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends              | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments    | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments       | ☐ Yes | ☒ No |
| e. | Gifts or inheritances                             | ☐ Yes | ☒ No |
| f. | Any other sources                                 | ☐ Yes | ☒ No |

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

( EXTRA PAGE NUMBER 16 B OF 16 PAGES)    QUEEN

XVIB

AO 240 Reverse (Rev 10/03)
DELAWARE (Rev 5/06)

4.    Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

      If "Yes" state the total amount  $_____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
      valuable property?
                                                                   ☐ Yes    ☒ No

      If "Yes" describe the property and state its value.

6.    List the persons who are dependent on you for support, state your relationship to each person and
      indicate how much you contribute to their support, *OR* state *NONE* if applicable.
      My Loved Family and Some Relatives

      I declare under penalty of perjury that the above information is true and correct.

      03/28/07                    Ivan Mendez
      _____                 _____
      DATE                        SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

I/M IVAN MENDEZ    UNIT So M.U # 18
SBI# 453351
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 49977



UNITED STATES POSTAGE

PITNEY BOWES
$ 01.11⁰
02 1A
0004608975
MAILED FROM ZIP CODE 19977
MAR 29 2007

U.S.M.S

MR. JOSEPH J. FARNAN, JR.
U.S. DISTRICT COURT
844 N. KING St. LOCKBOX 18
WILMINGTON DE.

19801-3570

Date Printed: 3/19/2007

# Individual Statement
## From January 2007 to February 2007

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | ($9.55) |
|---|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | | |
| Current Location: 18 | | Comments: QOLP2 | | | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($4.68) | ($9.55) | 368923 | | 12/23/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368924 | | 12/25/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368958 | | 12/26/06 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($5.43) | ($9.55) | 370458 | | 1/2/07 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($5.55) | ($9.55) | 371246 | | 12/18/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($4.20) | ($9.55) | 373580 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373700 | | 1/3/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373701 | | 1/3/07 | |
| Supplies-MailP | 1/18/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 374813 | | INDIGENT 1/11/07 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($1.17) | ($9.55) | 375200 | | 12/12/06 | |
| Supplies-MailP | 2/7/2007 | $0.00 | $0.00 | ($2.55) | ($9.55) | 383498 | | 1/29/07 | |
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($1.11) | ($9.55) | 384762 | | 1/15/07 | |
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 384905 | | 1/09/07 | |
| Supplies-MailP | 2/12/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 385339 | | 2/4/07 | |
| Supplies-MailP | 2/13/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 386535 | | INDIGENT 2/6/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($9.55) | ($9.55) | 386041 | | 2/11/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.53) | ($9.55) | 388172 | | 2/12/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388180 | | 2/8/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388181 | | 1/31/07 | |
| Supplies-MailP | 2/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388579 | | 1/16/07 | |
| Supplies-MailP | 2/16/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388702 | | 1/16/07 | |
| Supplies-MailP | 2/21/2007 | $0.00 | $0.00 | ($3.48) | ($9.55) | 391198 | | 12/11/06 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 392269 | | 2/17/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 392301 | | 2/19/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 392379 | | 2/20/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.87) | ($9.55) | 392381 | | 2/20/07 | |

# Individual Statement
## From September 2006 to December 2006

Date Printed: 3/19/2007

| | | | | | | |
|---|---|---|---|---|---|---|
| Supplies-MailP | 12/8/2006 | $0.00 | ($2.85) | ($9.55) | 356160 | 12/5/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | ($4.20) | ($9.55) | 356181 | 12/5/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | ($10.53) | ($9.55) | 356244 | 11/28/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | ($3.84) | ($9.55) | 356246 | 12/6/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | ($0.39) | ($9.55) | 356298 | 12/1/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | ($2.34) | ($9.55) | 359020 | 12/7/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | ($8.85) | ($9.55) | 359071 | 12/10/05 |
| Supplies-MailP | 12/13/2006 | $0.00 | ($1.56) | ($9.55) | 359134 | 11/29/06 |
| Supplies-MailP | 12/22/2006 | $0.00 | ($3.70) | ($9.55) | 362936 | INDIGENT 12/4/06 |

Ending Month Balance: ($9.55)

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($351.01)

Date Printed: 3/19/2007

## Individual Statement
## From January 2007 to February 2007

Ending Month Balance:    ($9.55)

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($351.01)

# _DELAWARE CORRECTIONAL CENTER_
# _SUPPORT SERVICES OFFICE_
# _MEMORANDUM_

_TO:_ Ivan Mendez _SBI#:_ 453351

_FROM:_ Stacy Shane, Support Services Secretary

_RE:_ **6 Months Account Statement**

_DATE:_ March 19, 2007

---

Attached are copies of your inmate account statement for the months of
September 1, 2006 to February 28, 2006

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| Sept | (-9.55) |
| Oct | (-9.55) |
| Nov | (-9.55) |
| Dec | (-9.55) |
| Jan | (-9.55) |
| Feb | (-9.55) |

**Average daily balances/6 months:** (-9.55)

Attachments
CC: File

Stacy Shane 3/19/07

Jeanette
D. Haw

# Individual Statement
## From September 2006 to December 2006

Date Printed: 3/19/2007

Page 1 of 2

| SEI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | |

Current Location: 18

Comments: OOLP2

Beginning Month Balance: ($9.55)
Ending Month Balance: ($9.55)

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 315315 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($8.88) | ($9.55) | 315792 | | 8/28/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.35) | ($9.55) | 315796 | | 8/29/06 | |
| Supplies-MailP | 9/15/2006 | $0.00 | $0.00 | ($4.14) | ($9.55) | 320207 | | 9/5/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($5.46) | ($9.55) | 322270 | | 9/14/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($3.15) | ($9.55) | 322278 | | 9/18/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($5.22) | ($9.55) | 322827 | | 9/13/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($3.89) | ($9.55) | 323156 | | INDIGENT 9/6/06 | |
| Supplies-MailP | 9/27/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 324868 | | 9/25/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($7.15) | ($9.55) | 329774 | | 10/2/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.78) | ($9.55) | 329794 | | 9/29/06 | |
| Supplies-MailP | 10/13/2006 | $0.00 | $0.00 | ($3.57) | ($9.55) | 332032 | | INDIGENT 10/2/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($6.84) | ($9.55) | 333862 | | 10/9/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($2.55) | ($9.55) | 333887 | | 10/12/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($16.75) | ($9.55) | 333923 | | 10/07/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($5.61) | ($9.55) | 337398 | | 10/16/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($5.04) | ($9.55) | 337468 | | 10/13/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.39) | ($9.55) | 338688 | | 10/17/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 338704 | | 10/24/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($2.79) | ($9.55) | 338706 | | 10/18/06 | |
| Supplies-MailP | 11/11/2006 | $0.00 | $0.00 | ($0.87) | ($9.55) | 340519 | | 10/27/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($2.07) | ($9.55) | 342706 | | 10/31/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($0.78) | ($9.55) | 342792 | | 10/25/06 | |
| Supplies-MailP | 11/15/2006 | $0.00 | $0.00 | ($3.62) | ($9.55) | 346735 | | INDIGENT 10/30/06 | |
| Supplies-MailP | 11/15/2006 | $0.00 | $0.00 | ($2.04) | ($9.55) | 348025 | | 11/10/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | ($9.55) | 348036 | | 11/10/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.87) | ($9.55) | 348037 | | 11/07/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($1.35) | ($9.55) | 348045 | | 11/10/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($1.17) | ($9.55) | 348082 | | 11/7/06 | |
| Supplies-MailP | 12/5/2006 | $0.00 | $0.00 | ($5.91) | ($9.55) | 354546 | | 11/20/06 | |

# Individual Statement
## From September 2006 to December 2006

Date Printed: 3/19/2007

| | | | |
|---|---|---|---|
| Supplies-MailP | 12/8/2006 | $0.00 | ($2.85) | 12/5/06 | 358160 |
| Supplies-MailP | 12/8/2006 | $0.00 | ($4.20) | 12/5/06 | 358181 |
| Supplies-MailP | 12/8/2006 | $0.00 | ($9.55) | 11/28/06 | 356244 |
| Supplies-MailP | 12/8/2006 | $0.00 | ($10.53) | 12/6/06 | 356246 |
| Supplies-MailP | 12/8/2006 | $0.00 | ($3.84) | 12/6/06 | 356298 |
| Supplies-MailP | 12/8/2006 | $0.00 | ($0.39) | 12/1/06 | 356298 |
| Supplies-MailP | 12/13/2006 | $0.00 | ($2.34) | 12/7/06 | 359020 |
| Supplies-MailP | 12/13/2006 | $0.00 | ($9.55) | 12/10/06 | 359071 |
| Supplies-MailP | 12/13/2006 | $0.00 | ($8.85) | 11/29/06 | 359134 |
| Supplies-MailP | 12/22/2006 | $0.00 | ($1.56) | INDIGENT 12/4/06 | 362936 |
| Supplies-MailP | | $0.00 | ($3.70) | | |

**Ending Month Balance:          ($9.55)**

**Total Amount Currently on Medical Hold: $0.00**

**Total Amount Currently on Non-Medical Hold:  ($351.01)**

Date Printed: 3/19/2007

## Individual Statement
## From January 2007 to February 2007

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | | |

Current Location:  18

Comments:  OOLP2

Beginning Month Balance:  ($9.55)
Ending Month Balance:  ($9.55)

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO#/Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($4.68) | ($9.55) | 368923 | | 12/23/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368924 | | 12/25/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368958 | | 12/26/06 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($5.43) | ($9.55) | 370458 | | 1/2/07 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($5.55) | ($9.55) | 371246 | | 12/18/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($4.20) | ($9.55) | 373580 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373700 | | 1/3/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373701 | | 1/3/07 | |
| Supplies-MailP | 1/18/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 374813 | | INDIGENT 1/11/07 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($1.17) | ($9.55) | 375200 | | 12/12/06 | |
| Supplies-MailP | 2/7/2007 | $0.00 | $0.00 | ($2.55) | ($9.55) | 383498 | | 1/29/07 | |
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($1.11) | ($9.55) | 384762 | | 1/15/07 | |
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 384905 | | 1/09/07 | |
| Supplies-MailP | 2/12/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 385339 | | 2/4/07 | |
| Supplies-MailP | 2/13/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 386535 | | INDIGENT 2/6/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388041 | | 2/11/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.53) | ($9.55) | 388172 | | 2/12/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388180 | | 2/8/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388181 | | 1/31/07 | |
| Supplies-MailP | 2/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388579 | | 1/16/07 | |
| Supplies-MailP | 2/16/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388702 | | 1/16/07 | |
| Supplies-MailP | 2/21/2007 | $0.00 | $0.00 | ($3.48) | ($9.55) | 391198 | | 12/11/06 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 392269 | | 2/17/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 392301 | | 2/19/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.87) | ($9.55) | 392379 | | 2/20/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.87) | ($9.55) | 392381 | | 2/20/07 | |

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Ivan Mendez_ SBI#: _453351_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _March 19, 2007_

Attached are copies of your inmate account statement for the months of
_September/2006_ to _February 28, 2007_

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| Sept | (- 9.55) |
| Oct | - 9.55 |
| Nov | - 9.55 |
| Dec | - 9.55 |
| Jan | - 9.55 |
| Feb | - 9.55 |

**Average daily balances/6 months:** _(- 9.55)_

Attachments
CC:  File

_Stacy Shane_
3/19/07

_Jeanette L. Davis_

Date Printed: 3/19/2007

**Individual Statement**
**From January 2007 to February 2007**

Page 2 of 2

**Ending Month Balance:**          ($9.55)

**Total Amount Currently on Medical Hold:** $0.00
**Total Amount Currently on Non-Medical Hold:** ($351.01)

Date Printed: 3/19/2007

# Individual Statement
## From September 2006 to December 2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | |

Current Location: 18    Comments: OOLP2

Beginning Month Balance: ($9.55)
Ending Month Balance: ($9.55)

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO#/Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 315315 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($8.88) | ($9.55) | 315792 | | 8/28/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.35) | ($9.55) | 315796 | | 8/29/06 | |
| Supplies-MailP | 9/15/2006 | $0.00 | $0.00 | ($4.14) | ($9.55) | 320207 | | 9/5/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($5.46) | ($9.55) | 322270 | | 9/14/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($3.15) | ($9.55) | 322278 | | 9/18/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($5.22) | ($9.55) | 322827 | | 9/13/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($3.89) | ($9.55) | 323156 | | INDIGENT 9/6/06 | |
| Supplies-MailP | 9/27/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 324868 | | 9/25/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($7.15) | ($9.55) | 329774 | | 10/2/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.78) | ($9.55) | 329794 | | 9/29/06 | |
| Supplies-MailP | 10/13/2006 | $0.00 | $0.00 | ($3.57) | ($9.55) | 332032 | | INDIGENT 10/2/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($6.84) | ($9.55) | 333862 | | 10/9/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($2.55) | ($9.55) | 333887 | | 10/12/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($16.75) | ($9.55) | 333923 | | 10/7/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($5.61) | ($9.55) | 337398 | | 10/16/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($5.04) | ($9.55) | 337468 | | 10/13/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.39) | ($9.55) | 338688 | | 10/17/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 338704 | | 10/24/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($2.79) | ($9.55) | 338706 | | 10/18/06 | |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.87) | ($9.55) | 340519 | | 10/18/06 | |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.87) | ($9.55) | 340706 | | 10/27/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($2.07) | ($9.55) | 342706 | | 10/31/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($0.78) | ($9.55) | 342792 | | 10/25/06 | |
| Supplies-MailP | 11/15/2006 | $0.00 | $0.00 | ($3.62) | ($9.55) | 346735 | | 10/25/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($2.04) | ($9.55) | 348025 | | INDIGENT 10/30/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | ($9.55) | 348036 | | 11/10/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.87) | ($9.55) | 348037 | | 11/10/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($1.35) | ($9.55) | 348045 | | 11/07/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($1.17) | ($9.55) | 348082 | | 11/7/06 | |
| Supplies-MailP | 12/5/2006 | $0.00 | $0.00 | ($5.91) | ($9.55) | 354546 | | 11/20/06 | |

# Individual Statement

## From September 2006 to December 2006

Date Printed: 3/19/2007

| | | | | | | |
|---|---|---|---|---|---|---|
| Supplies-MailP | 12/8/2006 | $0.00 | ($2.85) | ($9.55) | 356160 | 12/5/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | ($4.20) | ($9.55) | 356181 | 12/5/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | ($10.53) | ($9.55) | 356244 | 11/28/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | ($3.84) | ($9.55) | 356246 | 12/6/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | ($0.39) | ($9.55) | 356298 | 12/1/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | ($2.34) | ($9.55) | 359020 | 12/7/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | ($8.85) | ($9.55) | 359071 | 12/10/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | ($1.56) | ($9.55) | 359134 | 11/29/06 |
| Supplies-MailP | 12/22/2006 | $0.00 | ($3.70) | ($9.55) | 362936 | INDIGENT 12/4/06 |

**Ending Month Balance:** ($9.55)

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($351.01)

Date Printed: 3/19/2007

# Individual Statement
## From January 2007 to February 2007

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | |

Current Location: 18      Comments: QOLP2

Beginning Month Balance: ($9.55)
Ending Month Balance: ($9.55)

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO#/Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($4.68) | ($9.55) | 368923 | | 12/23/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368924 | | 12/25/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368958 | | 12/26/06 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($5.43) | ($9.55) | 370458 | | 1/2/07 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($5.55) | ($9.55) | 371246 | | 12/18/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($4.20) | ($9.55) | 372580 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373700 | | 1/3/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373701 | | 1/3/07 | |
| Supplies-MailP | 1/18/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 374813 | | INDIGENT 1/11/07 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($1.17) | ($9.55) | 375200 | | 12/12/06 | |
| Supplies-MailP | 2/7/2007 | $0.00 | $0.00 | ($2.55) | ($9.55) | 383498 | | 1/29/07 | |
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($1.11) | ($9.55) | 384762 | | 1/15/07 | |
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 384905 | | 1/09/07 | |
| Supplies-MailP | 2/12/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 385339 | | 2/4/07 | |
| Supplies-MailP | 2/13/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 386535 | | INDIGENT 2/6/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 386041 | | 2/11/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.53) | ($9.55) | 388172 | | 2/12/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388180 | | 2/8/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388181 | | 1/31/07 | |
| Supplies-MailP | 2/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388579 | | 1/16/07 | |
| Supplies-MailP | 2/16/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388702 | | 1/16/07 | |
| Supplies-MailP | 2/21/2007 | $0.00 | $0.00 | ($3.48) | ($9.55) | 391198 | | 12/11/06 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 392269 | | 2/17/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 392301 | | 2/19/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.87) | ($9.55) | 392379 | | 2/20/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.87) | ($9.55) | 392381 | | 2/20/07 | |

Date Printed: 3/19/2007

# Individual Statement
## From January 2007 to February 2007

Ending Month Balance:     ($9.55)

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  ($351.01)