IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IVAN L. MENDEZ, | : |
|       Plaintiff, | : |
| v. | : Civ. No. 06-780-JJF |
| THIS CRIMINAL ORGANIZATION, | : |
|       Defendant. | : |

### MEMORANDUM ORDER

WHEREAS, on April 3, 2007, Plaintiff filed a Motion For Reconsideration of the Court's February 20, 2007 Order denying him leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915(g), on the basis that three or more times in the past, while incarcerated, Plaintiff filed a civil action or appeal in federal court that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted (D.I. 5);

WHEREAS, the purpose of a Motion For Reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence," Max's Seafood Café v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999), and Plaintiff has not demonstrated (1) an intervening change in the controlling law; (2) the availability of new evidence that was not available previously; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice. Id.; Dasilva v. Esmor Corr. Services, Inc., Nos. 03-3095, 03-3348, 03-4435, 05-4007, 03-3096, 2006 WL 197610, at *3 (3rd Cir. Jan 27, 2006).

THEREFORE, at Wilmington this __1__ day of May, 2007, IT IS ORDERED that the motion for reconsideration (D.I. 8) is **DENIED** and the case remains **CLOSED**.

                                                                                 _/s/ Joseph J. Farnan, Jr._
                                                                 UNITED STATES DISTRICT JUDGE